Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | J.A. Carrillo Construction, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 48-1283871 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **33760 NE 95th Place** **Carnation, WA 98014** | **PO Box 820** **Carnation, WA 98014** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **King** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://carrilloconstruction.com/** |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Case 25-13492-CMA   Doc 1   Filed 12/10/25   Ent. 12/10/25 15:02:05   Pg. 2 of 59

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 10, 2025**
                MM / DD / YYYY

X **/s/ Jose A. Carrillo**                                      **Jose A. Carrillo**
Signature of authorized representative of debtor               Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Faye C Rasch**                                   Date  **December 10, 2025**
Signature of attorney for debtor                               MM / DD / YYYY

**Faye C Rasch**
Printed name

**Wenokur Riordan PLLC**
Firm name

**600 Stewart St**
**Suite 1300**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone   **206-903-0401**       Email address   **faye@wrlawgroup.com**

**50491 WA**
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2025**     X */s/ Jose A. Carrillo*
_____
                                 Signature of individual signing on behalf of debtor

                                    **Jose A. Carrillo**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **J.A. Carrillo Construction, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** PO Box 96001 Los Angeles, CA 90096 | | **Credit card purchases** | | | | $584,926.28 |
| **Health Insurance Deduction** | | | | | | $1,148.39 |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7317 | | | | | | $3,515.11 |
| **L&W Supply** PO Box 74008229 Chicago, IL 60674 | | **Trade debt** | | | | $629,027.93 |
| **Maribel Tamayo Hernandez** Attn. Sean M. Phelan WSBA 2786 Fran Freed Subit & Thomas, LLP 705 Second Avenue Suite 1200 Seattle, WA 98104 | | **Judgment (additonal claim amount of attorney fees will be added to the judgment on or about 12/17/2025)** | **Disputed** | | | $1,680,000.00 |
| **Sherwin Williams** 7305 Delridge Way SW Seattle, WA 98106 | | **Trade debt** | | | | $33,624.75 |
| **WA Dept of Labor & Industries** 2111 N Northgate Way Seattle, WA 98133 | | | | | | $150,738.18 |
| **WA State Unemployment** P.O. Box 84242 Seattle, WA 98124 | | | | | | $7,736.94 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Washington Cares Fund PO Box 45135 Olympia, WA 98504** | | | | | | $12,491.60 |
| **Washington Employment Security PO Box 19020 Olympia, WA 98507** | | **Washington State Paid Family Leave** | | | | $18,455.81 |

**Fill in this information to identify the case:**

Debtor name   **J.A. Carrillo Construction, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
        Copy line 88 from *Schedule A/B*...........................................................................................    $      **0.00**

     **1b. Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................................    $      **3,009,770.69**

     **1c. Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................................    $      **3,009,770.69**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      **404,648.44**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **194,086.03**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$      **3,127,578.96**

4.    **Total liabilities** .................................................................................................................................
     Lines 2 + 3a + 3b                 $      **3,726,313.43**

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **WaFdBank** | **Business Interest Checking** | **3614** | $3,149.93 |
| 3.2. | **Wells Fargo** | **Business Market Rate Savings** | **4237** | $1,558.63 |
| 3.3. | **Columbia Bank** | **Marketplace Checking** | **4614** | $211,123.01 |
| 3.4. | **Columbia Bank** | **Marketplace Checking** | **5367** | $292,698.64 |
| 3.5. | **WaFd Bank** | **Business Interest Checking** | **7165** | $3,920.34 |
| 3.6. | **WaFd Bank** | **Business Interest Checking** | **7284** | $2,153.15 |

| | | | | |
|---|---|---|---|---|
| 3.7. | __WaFd Bank__ | Business Premium Money Market | 7375 | $396.81 |
| 3.8. | __Wells Fargo__ | Initiate Business Checking | 9316 | $3,830.02 |
| 3.9. | __Banner Bank__ | | 9956 | $100,000.00 |

4.      **Other cash equivalents** *(Identify all)*

    4.1.    __Wenokur Riordan IOLTA Account_____    $46,969.50

5.      **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $665,800.03 |
|---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:     **1,827,249.81**    -    **0.00**    = ....    $1,827,249.81
                  face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $1,827,249.81 |
|---|

**Part 4:     Investments**

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

Debtor   **J.A. Carrillo Construction, LLC**          Case number *(If known)* _____
         <sub>Name</sub>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2024 Chevrolet Silverado EV** | **$0.00** | **Kelly Blue Book** | **$38,000.00** |
| 47.2.   **2024 Chevrolet Silverado EV** | **$0.00** | **Kelly Blue Book** | **$39,227.00** |
| 47.3.   **2024 Chevrolet Trailblazer** | **$0.00** | **Kelly Blue Book** | **$20,153.00** |
| 47.4.   **2025 Chevrolet Silverado EV** | **$0.00** | **Kelly Blue Book** | **$46,620.00** |
| 47.5.   **2024 Mercedes Light Truck** | **$0.00** | **N/A** | **$75,000.00** |
| 47.6.   **2024 Isuzu NRR Truck** | **$0.00** | **N/A** | **$40,000.00** |
| 47.7.   **Pre-paid Lease for 2025 GMC Sierra EV Vehicle** | **$0.00** | | **$4,720.85** |
| 47.8.   **2020 Isuzu FTR Vin No. 54DK6S163LSG70204 Milage 52,525** | **$45,000.00** | **Comparable sale** | **$45,000.00** |
| 47.9.   **2022 Isuzu FVR Vin No. 54DK6S1F8NSB50518  Mileage 50,364** | **$65,000.00** | **Comparable sale** | **$65,000.00** |
| 47.10.  **2016 Mitsubishi Fuso Vin No. JL6BNG1A1GK000136 Mileage 78,494** | **$10,000.00** | **Comparable sale** | **$10,000.00** |
| 47.11.  **2018 Nissan NV 200 Vin No. 3N6CM0KN8JK701936 Mileage 87,525** | **$8,000.00** | **Comparable sale** | **$8,000.00** |

| | | | |
|---|---|---|---|
| 47.12 · | **2020 Chevrolet 5500 HD Box Truck Vin No. JALEEW169L7304077 Mileage 56,199** | $40,000.00   Comparable sale | $40,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | **2015 Genie GTH1256 RT Forklift (Serial No. GTH1215M-114)** | $20,000.00   Comparable sale | $20,000.00 |
| | **2018 Scissor Lift 19' GS1930 (Serial No. GS30P-180931)** | $3,000.00 | $3,000.00 |
| | **2018 Scissor Lift 19' GS1930 (Serial No. GS30P-180937)** | $3,000.00 | $3,000.00 |
| | **2024 Texture Machine 500 gallon diesel (Serial No. 4242432)** | $30,000.00   Comparable sale | $30,000.00 |
| | **2014 Genie GS2632 Man-Lift (Serial No. GS3214A-136032)** | $2,000.00   Comparable sale | $2,000.00 |
| | **2021 Texture Machine 350 gallon gas (Serial No. 02212180)** | $7,000.00   Comparable sale | $7,000.00 |
| | **2018 Scissor Lift GS-1930 (Serial No. GS30P-176901)** | $3,000.00 | $3,000.00 |
| | **2018 Electric Scissor Lift GS-1930 (Serial No. GS30P-171701)** | $3,000.00   Comparable sale | $3,000.00 |
| | **2012 Genie GTH844 Forklift (Serial No. GTH0812-15411)** | $10,000.00   Comparable sale | $10,000.00 |
| | **2015 AST 270 Spray Rig (Serial No. NS0000004136)** | $4,000.00   Comparable sale | $4,000.00 |

51.    **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.           | $516,720.85 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **J.A. Carrillo Construction, LLC**     Case number *(If known)* _____
<br>Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $665,800.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,827,249.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $516,720.85 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,009,770.69 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,009,770.69 |

Debtor name   **J.A. Carrillo Construction, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **First Citizens Bank & Trust Co**<br>Creditor's Name<br><br>**21146 Network Place**<br>**Chicago, IL 60673**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**06/25/2024**<br>**Last 4 digits of account number**<br>**6423** | **Describe debtor's property that is subject to a lien**<br>**2024 Isuzu NRR Truck**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $57,940.34 | $40,000.00 |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2**   **GM Financial**<br>Creditor's Name<br><br>**801 Cherry St, Suite 3600**<br>**Fort Worth, TX 76102**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/14/2024**<br>**Last 4 digits of account number**<br>**2866**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**2024 Chevrolet Silverado EV**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $67,780.27 | $38,000.00 |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **GM Financial** |
|---|---|

Creditor's Name

**801 Cherry St, Suite 3600**
**Fort Worth, TX 76102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**08/29/2024**
**Last 4 digits of account number**
**2878**
**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 Chevrolet Silverado EV**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$58,088.59   $39,227.00

---

| 2.4 | **GM Financial** |
|---|---|

Creditor's Name

**801 Cherry St, Suite 3600**
**Fort Worth, TX 76102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/15/2025**
**Last 4 digits of account number**
**5027**
**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 Chevrolet Trailblazer**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,953.37   $20,153.00

---

| 2.5 | **GM Financial** |
|---|---|

Creditor's Name

**801 Cherry St, Suite 3600**
**Fort Worth, TX 76102**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2025 Chevrolet Silverado EV**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

$76,523.33   $46,620.00

---

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/17/2025**

**Last 4 digits of account number**
**8619**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **GM Financial** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**801 Cherry St, Suite 3600**
**Fort Worth, TX 76102**

**Leased Vehicle (2025 GMC Sierra EV)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/07/2025**

**Last 4 digits of account number**
**2212**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Isuzu Finance of America, Inc** | Describe debtor's property that is subject to a lien | $0.00 | $65,000.00 |

Creditor's Name

**2500 Westchester Ave**
**Purchase, NY 10577**

**2022 Isuzu FVR Vin No. 54DK6S1F8NSB50518 Mileage 50,364**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Mercedes Benz Financial Serv.** | Describe debtor's property that is subject to a lien | $127,362.54 | $75,000.00 |

Debtor **J.A. Carrillo Construction, LLC**     Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | |
| **PO Box 685** | **2024 Mercedes Light Truck** |
| **Roanoke, TX 76262** | |
| Creditor's mailing address | Describe the lien |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **08/18/2024** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9001** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **WaFd Bank** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Line of Credit Account (UCC Filed, but request to close account has been initated)** | | |
| | **PO Box 80670** | | | |
| | **City of Industry, CA 91716** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Line of Credit UCC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **11/01/2025** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **6293** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ■ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$404,648.44**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name  **J.A. Carrillo Construction, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address
**Health Insurance Deduction**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,148.39**    Priority amount **$1,148.39**

Date or dates debt was incurred
**12/5/2025**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$3,515.11**    Priority amount **$3,515.11**

Date or dates debt was incurred
**10/1/2025-12/05/2025 payroll, due
1/31/2026**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,738.18 | $150,738.18 |
|---|---|---|---|---|

**WA Dept of Labor & Industries**
**2111 N Northgate Way**
**Seattle, WA 98133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WA State Dept of Revenue**
**2101 4th Ave**
**Seattle, WA 98121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/1/2025-11/30/2025 due**
**12/25/2025**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,736.94 | $7,736.94 |
|---|---|---|---|---|

**WA State Unemployment**
**P.O. Box 84242**
**Seattle, WA 98124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/1/2025-12/05/2025 payroll, due**
**1/31/2026**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,491.60 | $12,491.60 |
|---|---|---|---|---|

**Washington Cares Fund**
**PO Box 45135**
**Olympia, WA 98504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/1/2025-12/05/2025 payroll, due**
**131/2026**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,455.81 | $18,455.81 |
|---|---|---|---|---|

**Washington Employment Security**
PO Box 19020
Olympia, WA 98507

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/1/2025-12/05/2025 payroll due 1/31/2026**

Basis for the claim:

**Washington State Paid Family Leave**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $584,926.28 |
|---|---|---|---|

**American Express**
PO Box 96001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/17/2025**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **8000**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carney Badley Spellman PS**
701 Fifth Ave. Suite 3600
Seattle, WA 98104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Employment Security Department**
212 Maple Park Ave SE
Olympia, WA 98501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GoDaddy.com LLC**
2155 E GoDaddy Way
Tempe, AZ 85284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Email service provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gordon Tilden Thomas & Cordell**
600 University St, Suite 2915
Seattle, WA 98101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gypsum to Gypsum**
**816 S Kenyon St**
**Seattle, WA 98108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Drywall Disposal__

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hilti Inc.**
**PO Box 70299**
**Philadelphia, PA 19176**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Material Supplier__

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Holmes Weddle & Barcott, PC**
**701 W 8th Ave, Suite 700**
**Anchorage, AK 99501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Attorney Fees__

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Jose A Carrillo**
**33760 NE 95th Place**
**Carnation, WA 98014**

Date(s) debt was
incurred  __04/14/2025 & 04/14/2025__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt-advanced personally on behalf of the business (April 2025) $200,000__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $629,027.93 |
|---|---|---|---|

**L&W Supply**
**PO Box 74008229**
**Chicago, IL 60674**

Date(s) debt was incurred  __10/01/2025-12/10/2025__
Last 4 digits of account number  __0001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,680,000.00 |
|---|---|---|---|

**Maribel Tamayo Hernandez**
**Attn. Sean M. Phelan WSBA 2786**
**Fran Freed Subit & Thomas, LLP**
**705 Second Avenue Suite 1200**
**Seattle, WA 98104**

Date(s) debt was incurred  __11/04/2025__
Last 4 digits of account number  __3SEA__

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Judgment (additonal claim amount of attorney fees will be added to the judgment on or about 12/17/2025)__

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MBA Trust**
**15375 SE 30th Pl, Suite 380**
**Bellevue, WA 98007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Health Insurance Provider__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | J.A. Carrillo Construction, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | MCS Recycling LLC<br>PO Box 12188<br>Mill Creek, WA 98082 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Drywall Disposal | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Rocke Law<br>500 Union St, Suite 909<br>Seattle, WA 98101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Attorney Fees | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,624.75 |
|---|---|---|---|
| | Sherwin Williams<br>7305 Delridge Way SW<br>Seattle, WA 98106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/01/2025 | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number  7260 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Trucordia<br>2200 Rimland Dr Ste 305<br>Bellingham, WA 98226 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Employment Practices Liability Insurance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | United Rentals<br>PO Box 051122<br>Los Angeles, CA 90074 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  repair to forklift GTH-1256 | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Western National<br>PO Box 59184<br>Minneapolis, MN 55459 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  General Liability and Auto Insurance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| Total of claim amounts |
|---|
| |

Debtor **J.A. Carrillo Construction, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 194,086.03 |
| **5b. Total claims from Part 2** | 5b. + $ | 3,127,578.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 3,321,664.99 |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Construction Contract** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Edge Community Builders**<br>**1225 S. Weller Street**<br>**Seattle, WA 98144** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Construction Contract** | |
|---|---|---|---|
| | State the term remaining | **06/01/2026** | **Exxel Pacific Inc.**<br>**323 Telegraph Road**<br>**Bellingham, WA 98226** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Construction Contract** | |
|---|---|---|---|
| | State the term remaining | **07/01/2026** | **Maple Multi-Family**<br>**NW Contractor, LLC**<br>**7525 166th Ave NE #D-2**<br>**Redmond, WA 98052** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Construction Contract** | |
|---|---|---|---|
| | State the term remaining | **06/30/2026** | **R. Miller Inc.**<br>**18321 98th Ave NE Suite 1**<br>**Bothell, WA 98011** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Construction Contract** | |
|---|---|---|---|
| | State the term remaining | **05/30/2025** | **Redhawk Group, LLC** |
| | List the contract number of any government contract | | **950 N. 72nd Street Suite 100** **Seattle, WA 98103** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Construction Contract** | |
|---|---|---|---|
| | State the term remaining | **01/30/2026** | **Resolve General Construction** |
| | List the contract number of any government contract | | **901 32nd Ave E. Unit A** **Seattle, WA 98112** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Storage Unit** | |
|---|---|---|---|
| | State the term remaining | **02/01/2027** | **Tukwila 12535 LLC** |
| | List the contract number of any government contract | | **PO Box 820** **Carnation, WA 98014** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Construction Contract** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Walsh Construction Co.** |
| | List the contract number of any government contract | | **315 5th Ave S. Suite 600** **Seattle, WA 98104** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Construction Contract** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **WG Clark Construction Co.** |
| | List the contract number of any government contract | | **1945 Yale Place East** **Seattle, WA 98102** |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jose Carrillo** | **33760 NE 95th Place Carnation, WA 98014** | **American Express** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Jose Carrillo** | **33760 NE 95th Place Carnation, WA 98014** | **Mercedes Benz Financial Serv.** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **J.A. Carrillo Construction, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | $15,358,436.24 |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | $13,036,876.72 |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | $20,099,020.53 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096** | **08/28/2025** | **$568,231.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096** | **09/15/2025** | **$200,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096** | **09/24/2025** | **$441,810.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096** | **10/27/2025** | **$601,301.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096** | **11/07/2025** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **L&W Supply**<br>**PO Box 74008229**<br>**Chicago, IL 60674** | **08/28/2025** | **$364,633.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **L&W Supply**<br>**PO Box 74008229**<br>**Chicago, IL 60674** | **09/03/2025** | **$147,441.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **L&W Supply**<br>**PO Box 74008229**<br>**Chicago, IL 60674** | **09/26/2025** | **$392,255.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  **L&W Supply**<br>**PO Box 74008229**<br>**Chicago, IL 60674** | **10/28/2025** | **$607,267.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **L&W Supply**<br>**PO Box 74008229**<br>**Chicago, IL 60674** | **11/25/2025** | **$100,834.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **L&W Supply**<br>**PO Box 74008229**<br>**Chicago, IL 60674** | **11/26/2025** | **$27,481.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Tukwila 12535 LLC**<br>**PO Box 820**<br>**Carnation, WA 98014** | **9/15/2025** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Tukwila 12535 LLC**<br>**PO Box 820**<br>**Carnation, WA 98014** | **10/29/2025** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Tukwila 12535 LLC**<br>**PO Box 820**<br>**Carnation, WA 98014** | **11/25/2025** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **WA State Dept of Revenue**<br>**2101 4th Ave**<br>**Seattle, WA 98121** | **09/15/2025** | **$21,465.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Excise and Sales Tax - Tax Agency** |
| 3.16. **WA State Dept of Revenue**<br>**2101 4th Ave**<br>**Seattle, WA 98121** | **10/15/2025** | **$7,432.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Excise and Sales Tax - Tax Agency** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **WA State Dept of Revenue** 2101 4th Ave Seattle, WA 98121 | 11/06/2025 | $7,369.30 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Excise and Sales Tax - Tax Agency** |
| 3.18. **WA Dept of Labor & Industries** 2111 N Northgate Way Seattle, WA 98133 | 10/16/2025 | $235,007.79 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Workers Compensation Tax Agency** |
| 3.19. **MBA Trust** 15375 SE 30th Pl, Suite 380 Bellevue, WA 98007 | 09/26/2025 | $14,369.85 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Health Insurance Provider** |
| 3.20. **MBA Trust** 15375 SE 30th Pl, Suite 380 Bellevue, WA 98007 | 10/30/2025 | $12,845.69 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Health Insurance Provider** |
| 3.21. **MBA Trust** 15375 SE 30th Pl, Suite 380 Bellevue, WA 98007 | 11/28/2025 | $12,845.69 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Health Insurance Provider** |
| 3.22. **United Rentals** PO Box 051122 Los Angeles, CA 90074 | 09/05/2025 | $13,467.14 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **repair to forklift GTH-1256** |
| 3.23. **United Rentals** PO Box 051122 Los Angeles, CA 90074 | 10/03/2025 | $473.44 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **repair to forklift GTH-1256** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.24. **Hilti Inc.** PO Box 70299 Philadelphia, PA 19176 | **09/05/2025** | **$4,518.61** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.25. **Hilti Inc.** PO Box 70299 Philadelphia, PA 19176 | **09/30/2025** | **$1,109.94** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. **Hilti Inc.** PO Box 70299 Philadelphia, PA 19176 | **10/02/2025** | **$9,838.59** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **Hilti Inc.** PO Box 70299 Philadelphia, PA 19176 | **10/30/2025** | **$16,291.09** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. **Hilti Inc.** PO Box 70299 Philadelphia, PA 19176 | **10/31/2025** | **$1,109.94** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. **Hilti Inc.** PO Box 70299 Philadelphia, PA 19176 | **11/28/2025** | **$1,058.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. **Hilti Inc.** PO Box 70299 Philadelphia, PA 19176 | **12/01/2025** | **$721.19** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.31. **Western National** PO Box 59184 Minneapolis, MN 55459 | **09/09/2025** | **$28.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __General Liability and Auto Insurance__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.32. **Western National** **PO Box 59184** **Minneapolis, MN 55459** | **09/30/2025** | **$19,249.70** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **General Liability and Auto Insurance** |
| 3.33. **Western National** **PO Box 59184** **Minneapolis, MN 55459** | **10/31/2025** | **$9,629.35** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **General Liability and Auto Insurance** |
| 3.34. **Western National** **PO Box 59184** **Minneapolis, MN 55459** | **12/02/2025** | **$9,629.35** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **General Liability and Auto Insurance** |
| 3.35. **Trucordia** **2200 Rimland Dr Ste 305** **Bellingham, WA 98226** | **09/09/2025** | **$13,800.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Employment Practices Liability Insurance** |
| 3.36. **Gypsum to Gypsum** **816 S Kenyon St** **Seattle, WA 98108** | **09/04/2025** | **$14,325.93** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Drywall Disposal** |
| 3.37. **Gypsum to Gypsum** **816 S Kenyon St** **Seattle, WA 98108** | **10/03/2025** | **$16,395.91** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Drywall Disposal** |
| 3.38. **Gypsum to Gypsum** **816 S Kenyon St** **Seattle, WA 98108** | **10/30/2025** | **$14,961.28** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Drywall Disposal** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.39. **Gypsum to Gypsum**<br>**816 S Kenyon St**<br>**Seattle, WA 98108** | **11/25/2025** | **$3,177.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Drywall Disposal** |
| 3.40. **MCS Recycling LLC**<br>**PO Box 12188**<br>**Mill Creek, WA 98082** | **11/13/2025** | **$2,652.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Drywall Disposal** |
| 3.41. **MCS Recycling LLC**<br>**PO Box 12188**<br>**Mill Creek, WA 98082** | **11/25/2025** | **$6,864.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Drywall Disposal** |
| 3.42. **GoDaddy.com LLC**<br>**2155 E GoDaddy Way**<br>**Tempe, AZ 85284** | **09/12/2025** | **$156.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Email service provider** |
| 3.43. **GoDaddy.com LLC**<br>**2155 E GoDaddy Way**<br>**Tempe, AZ 85284** | **09/23/2025** | **$156.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Email service provider** |
| 3.44. **GoDaddy.com LLC**<br>**2155 E GoDaddy Way**<br>**Tempe, AZ 85284** | **09/30/2025** | **$4,566.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Email service provider** |
| 3.45. **GoDaddy.com LLC**<br>**2155 E GoDaddy Way**<br>**Tempe, AZ 85284** | **10/15/2025** | **$156.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Email service provider** |
| 3.46. **GoDaddy.com LLC**<br>**2155 E GoDaddy Way**<br>**Tempe, AZ 85284** | **10/15/2025** | **$42.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Email service provider** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.47. **GoDaddy.com LLC**<br>**2155 E GoDaddy Way**<br>**Tempe, AZ 85284** | **10/15/2025** | **$156.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Email service provider** |
| 3.48. **GoDaddy.com LLC**<br>**2155 E GoDaddy Way**<br>**Tempe, AZ 85284** | **10/16/2025** | **$2,577.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Email service provider** |
| 3.49. **GoDaddy.com LLC**<br>**2155 E GoDaddy Way**<br>**Tempe, AZ 85284** | **10/31/2025** | **$59.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Email service provider** |
| 3.50. **GoDaddy.com LLC**<br>**2155 E GoDaddy Way**<br>**Tempe, AZ 85284** | **11/16/25** | **$1,499.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Email service provider** |
| 3.51. **GoDaddy.com LLC**<br>**2155 E GoDaddy Way**<br>**Tempe, AZ 85284** | **11/16/2025** | **$391.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Email service provider** |
| 3.52. **Carney Badley Spellman PS**<br>**701 Fifth Ave. Suite 3600**<br>**Seattle, WA 98104** | **09/15/2025** | **$3,745.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Attorney Fees** |
| 3.53. **Carney Badley Spellman PS**<br>**701 Fifth Ave. Suite 3600**<br>**Seattle, WA 98104** | **09/19/2025** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Attorney Fees** |
| 3.54. **Carney Badley Spellman PS**<br>**701 Fifth Ave. Suite 3600**<br>**Seattle, WA 98104** | **10/22/2025** | **$20,695.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Attorney Fees** |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.55. | **Carney Badley Spellman PS**<br>**701 Fifth Ave. Suite 3600**<br>**Seattle, WA 98104** | **11/07/2025** | **$9,599.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.56. | **Carney Badley Spellman PS**<br>**701 Fifth Ave. Suite 3600**<br>**Seattle, WA 98104** | **11/17/2025** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.57. | **Carney Badley Spellman PS**<br>**701 Fifth Ave. Suite 3600**<br>**Seattle, WA 98104** | **11/19/2025** | **$1,358.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.58. | **Carney Badley Spellman PS**<br>**701 Fifth Ave. Suite 3600**<br>**Seattle, WA 98104** | **12/02/2025** | **$2,532.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.59. | **Gordon Tilden Thomas & Cordell**<br>**600 University St, Suite 2915**<br>**Seattle, WA 98101** | **09/22/2025** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.60. | **Gordon Tilden Thomas & Cordell**<br>**600 University St, Suite 2915**<br>**Seattle, WA 98101** | **10/13/2025** | **$6,182.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.61. | **Gordon Tilden Thomas & Cordell**<br>**600 University St, Suite 2915**<br>**Seattle, WA 98101** | **11/17/2025** | **$1,693.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.62. | **Holmes Weddle & Barcott, PC**<br>**701 W 8th Ave, Suite 700**<br>**Anchorage, AK 99501** | **09/30/2025** | **$714.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.63. **Holmes Weddle & Barcott, PC** **701 W 8th Ave, Suite 700** **Anchorage, AK 99501** | 09/30/2025 | $1,851.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.64. **Holmes Weddle & Barcott, PC** **701 W 8th Ave, Suite 700** **Anchorage, AK 99501** | 10/03/2025 | $1,647.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.65. **Holmes Weddle & Barcott, PC** **701 W 8th Ave, Suite 700** **Anchorage, AK 99501** | 10/03/2025 | $13,536.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.66. **Holmes Weddle & Barcott, PC** **701 W 8th Ave, Suite 700** **Anchorage, AK 99501** | 10/14/2025 | $9,495.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.67. **Holmes Weddle & Barcott, PC** **701 W 8th Ave, Suite 700** **Anchorage, AK 99501** | 11/12/2025 | $2,018.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.68. **Holmes Weddle & Barcott, PC** **701 W 8th Ave, Suite 700** **Anchorage, AK 99501** | 11/13/2025 | $2,338.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.69. **Holmes Weddle & Barcott, PC** **701 W 8th Ave, Suite 700** **Anchorage, AK 99501** | 11/12/2025 | $330.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |
| 3.70. **Rocke Law** **500 Union St, Suite 909** **Seattle, WA 98101** | 09/15/2025 | $59,717.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Attorney Fees__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.71. **Rocke Law**<br>**500 Union St, Suite 909**<br>**Seattle, WA 98101** | **10/02/2025** | **$165,064.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Attorney Fees** |
| 3.72. **Rocke Law**<br>**500 Union St, Suite 909**<br>**Seattle, WA 98101** | **11/07/2025** | **$33,550.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Attorney Fees** |
| 3.73. **Rocke Law**<br>**500 Union St, Suite 909**<br>**Seattle, WA 98101** | **12/01/2025** | **$5,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Attorney Fees** |
| 3.74. **Employment Security Department**<br>**212 Maple Park Ave SE**<br>**Olympia, WA 98501** | **10/22/2025** | **$20,203.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **WA-Paid Leave** |
| 3.75. **Employment Security Department**<br>**212 Maple Park Ave SE**<br>**Olympia, WA 98501** | **10/22/2025** | **$12,737.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **WA-Cares Fund** |
| 3.76. **Employment Security Department**<br>**212 Maple Park Ave SE**<br>**Olympia, WA 98501** | **10/22/2025** | **$7,829.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **WA-Unemployment and Administration Fund** |
| 3.77. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **09/29/2025** | **$4,114.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Federal Unemployment Payroll Taxes** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.78. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **09/03/2025** | **$41,019.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Federal Payroll Taxes__ |
| 3.79. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **09/10/2025** | **$46,785.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Federal Payroll Taxes__ |
| 3.80. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **09/17/2025** | **$39,599.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Federal Payroll Taxes__ |
| 3.81. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **09/24/2025** | **$39,136.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Federal Payroll Taxes__ |
| 3.82. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **10/01/2025** | **$40,274.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Federal Payroll Taxes__ |
| 3.83. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **10/08/2025** | **$39,917.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Federal Payroll Taxes__ |
| 3.84. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **10/15/2025** | **$38,974.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Federal Payroll Taxes__ |
| 3.85. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **10/22/2025** | **$42,294.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Federal Payroll Taxes__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.86. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **10/29/2025** | **$44,684.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Federal Payroll Taxes** |
| 3.87. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **11/04/2025** | **$46,215.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Federal Payroll Taxes** |
| 3.88. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **11/12/2025** | **$44,926.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Federal Payroll Taxes** |
| 3.89. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **11/17/2025** | **$46,550.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Federal Payroll Taxes** |
| 3.90. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **11/24/2025** | **$49,272.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Federal Payroll Taxes** |
| 3.91. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **11/24/2025** | **$42,137.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Federal Payroll Taxes** |
| 3.92. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7317** | **12/05/2025** | **$34,844.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Federal Payroll Taxes** |
| 3.93. | **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096** | **12/04/2025** | **$25,055.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.94. **American Express** PO Box 981540 El Paso, TX 79998-1540 | **12/08/2025** | **$5,885.32** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.95. **L&W Supply** PO Box 74008229 Chicago, IL 60674 | **12/04/2025** | **$25,055.28** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.96. **L&W Supply** PO Box 74008229 Chicago, IL 60674 | **12/05/2025** | **$95,249.86** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.97. **L&W Supply** PO Box 74008229 Chicago, IL 60674 | **12/05/2025** | **$101,172.30** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.98. **L&W Supply** PO Box 74008229 Chicago, IL 60674 | **12/08/2025** | **$184,422.56** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.99. **WA State Dept of Revenue** 2101 4th Ave Seattle, WA 98121 | **12/04/2025** | **$16,368.87** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.100. **MCS Recycling LLC** PO Box 12188 Mill Creek, WA 98082 | **12/08/2025** | **$1,394.86** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096** | **01/01/2025**<br>**$310.28**<br>**01/01/2025**<br>**$107.48**<br>**01/02/2025**<br>**$82.78**<br>**01/04/2025**<br>**$186.04**<br>**01/10/2025**<br>**$20,000.00**<br>**01/13/2025**<br>**$690.71**<br>**01/18/2025**<br>**$255.36**<br>**01/19/2025**<br>**$387.19**<br>**01/19/2025**<br>**$252.17**<br>**01/20/2025**<br>**$1,239.65**<br>**01/22/2025**<br>**$6,527.89**<br>**01/24/2025**<br>**$10,375.00**<br>**01/27/2025**<br>**$20,000.00**<br>**02/01/2025**<br>**$135.98**<br>**02/01/2025**<br>**$21.00**<br>**02/01/2025**<br>**$383.85**<br>**02/02/2025**<br>**$139.98**<br>**02/10/2025**<br>**$4,458.62**<br>**02/11/2025**<br>**$502.33**<br>**02/13/2025**<br>**$58.91**<br>**02/14/2025**<br>**$5,000.00**<br>**02/19/2025**<br>**$6,015.23** | **$220,553.99** | **Payments for charges made by Jose Carrillo** |
| 4.2. **Jose A Carrillo**<br>**33760 NE 95th Place**<br>**Carnation, WA 98014**<br>**Member/President** | **06/21/2025** | **$23,500.00** | **Gain/Loss on Asset Disposal** |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Jose A Carrillo** **33760 NE 95th Place** **Carnation, WA 98014** **Member/President** | **01/09/2025** **$25,000.00** **01/10/2025** **$2,000.00** **01/30/2025** **$25,000.00** **05/06/2025** **$25,000.00** **05/28/2025** **$20,000.00** **05/29/2025** **$25,000.00** **06/18/2025** **$25,000.00** **07/17/2025** **$25,000.00** **08/11/2025** **$25,000.00** **08/12/2025** **$25,000.00** **09/03/2025** **$25,000.00** **09/12/2025** **$25,000.00** **10/05/2025** **$25,000.00** **12/08/2025** **$25,000.00** | **$322,000.00** | **Owner Distributions (in the form of a check made out to Jose Carrillo)** |
| 4.4.  **Jose A Carrillo** **33760 NE 95th Place** **Carnation, WA 98014** **Member/President** | **07/23/2025** | **$1,095.86** | **Payroll Correction** |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **Jose A Carrillo 33760 NE 95th Place Carnation, WA 98014 Member/President** | **03/07/2025 $1,192.11 03/10/2025 $225.11 03/13/2025 $35.00 03/17/2025 $35.00 03/19/2025 $35.00 03/26/2025 $35.00 04/30/2025 $146.88 05/19/2025 $2,000.00 06/06/2025 $1,000.00 06/09/2025 $203.00 06/11/2025 $35.00 06/20/2025 $20,000.00 07/08/2025 $5,000.00 07/14/2025 $500.00 07/25/2025 $35.00 09/02/2025 $5,000.00 09/19/2025 $110,000.00 09/26/2025 $20,000.00 09/29/2025 $5,000.00 10/21/2025 $20,000.00 11/12/2025 $10,000.00** | **$200,477.10** | **Wells Fargo Checking #9316 Transfers** |
| 4.6. **Jose A Carrillo 33760 NE 95th Place Carnation, WA 98014 Member/President** | **01/07/2025, 09/08/2025, 09/11/2025** | **$310,000.00** | **Estimated Tax Payment Reserve** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Debtor vs. INSUREONE INSURANCE SERVICES AMERICA, LLC,**<br>**2:25-cv-01952** | **Complaint for failure to offer and procure employment-practices liability insurance** | **United State Distrct Court Western District of Washington**<br>**at Seattle**<br>**700 Stewart Street**<br>**Seattle, WA 98101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Maribel Tamayo Hernandez vs. Debtor**<br>**24-2-04001-3 SEA** | **Judgment re. sexual harassment and retaliation** | **King County Superior Court**<br>**516 3rd Avenue**<br>**Seattle, WA 98104** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.3. **W.G. Clark Construction Company vs.**<br>**J.A. Carrillo Construction, LLC**<br>**25-2-25936-6 SEA** | **Debtor is third-party defendant** | **King County Superior Court**<br>**516 3rd Avenue**<br>**Seattle, WA 98104** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

Case 25-13492-CMA    Doc 1    Filed 12/10/25    Ent. 12/10/25 15:02:05    Pg. 45 of 59

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | $82.50 on November 5, 2025 $4,675.00 on December 3, 2025 $18,273.00 on December 10, 2025 | |
| | Wenokur Riordan, PLLC 600 Stewart Street Suite 1300 Seattle, WA 98101 | $70,000.00 total trust deposit with $23,030.50 billed through date of filing | | $70,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Off Premises Storage**<br>**12535 51st Place South**<br>**Seattle, WA 98178** | **Jose Carrillo** | **Benches, planks, and scffolding.** | ☐ No<br>■ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Duncan & Schuler CPA, PLLC**<br>**9222 Lake City Way NE**<br>**Seattle, WA 98115** | **2013 to Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **J.A. Carrillo Construction, LL**<br>**33760 NE 95th Place**<br>**Carnation, WA 98014** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.  **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jose A. Carrillo** | **33760 NE 95th Place**<br>**Carnation, WA 98014** | **Member/President** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jose A Carrillo**<br>**33760 NE 95th Place**<br>**Carnation, WA 98014**<br><br>Relationship to debtor<br>**Member/President** | **$189,000.00 Gross Annual Wages** | **Gross Annual Wages** | |
| 30.2. | **Jose A Carrillo**<br>**33760 NE 95th Place**<br>**Carnation, WA 98014**<br><br>Relationship to debtor<br>**Member/President** | **$322,000.00 Shareholder Distributions** | **01/01/2025-12/10/2025** | |
| 30.3. | **Sarah Groome**<br>**33760 NE 95th Place**<br>**Carnation, WA 98014**<br><br>Relationship to debtor<br>**Spouse of Member/President**<br>**Jose A. Carrillo** | **$135,000.00 Gross Annual Wages** | **Gross Annual Wages** | |
| 30.4. | **American Express**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540**<br><br>Relationship to debtor<br>**Member/President Jose**<br>**Carrillo** | **220553.99 Payments for charges made by Jose Carrillo** | **1/01/2025-11/30/2025** | **Payments for charges made by Jose Carrillo** |
| 30.5. | **Jose A Carrillo**<br>**33760 NE 95th Place**<br>**Carnation, WA 98014**<br><br>Relationship to debtor<br>**Member/President** | **23500.00 Gain/Loss on Asset Disposal** | **1/01/2025-11/30/2025** | **Gain/Loss on Asset Disposal** |
| 30.6. | **Jose A Carrillo**<br>**33760 NE 95th Place**<br>**Carnation, WA 98014**<br><br>Relationship to debtor<br>**Member/President** | **1095.86 Payroll Correction** | **07/23/2025** | |
| 30.7. | **Jose A Carrillo**<br>**33760 NE 95th Place**<br>**Carnation, WA 98014**<br><br>Relationship to debtor<br>**Member/President** | **200477.10 Wells Fargo Checking #9316 Transfers** | **01/01/2025-11/30/2025** | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **Jose A Carrillo**<br>**33760 NE 95th Place**<br>**Carnation, WA 98014** | **$310,000.00 Estiated Tax Reserve Payments** | **01/07/2025, 09/08/2025, 09/11/2025** | |
| | **Relationship to debtor**<br>**Member/President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2025**

**/s/ Jose A. Carrillo**                   **Jose A. Carrillo**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re **J.A. Carrillo Construction, LLC**  Case No. _____
                                           Debtor(s)     Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **70,000.00** |
    | Prior to the filing of this statement I have received | $ | **23,030.50** |
    | Balance Due | $ | **46,969.50** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]
        **All post-petition services.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **"Agreed to accept" amount above is the total of pre-petition deposits into trust. That amount does not represent the total fees to be incurred in this case. "Balance Due" amount above represents funds held in trust for this matter. All post-petition services shall be billed against these trust funds, and at hourly rates charged by the attorneys and paralegals at Wenokur Riordan, PLLC. Allowed compensation is to be paid only following application and order.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 10, 2025**
_Date_

/s/ Faye C Rasch
**Faye C Rasch**
_Signature of Attorney_
**Wenokur Riordan PLLC**
**600 Stewart St**
**Suite 1300**
**Seattle, WA 98101**
**206-903-0401**
**faye@wrlawgroup.com**
_Name of law firm_

---

# United States Bankruptcy Court
## Western District of Washington

In re    **J.A. Carrillo Construction, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jose A Carrillo**<br>**33760 NE 95th Place**<br>**Carnation, WA 98014** | **Membership** | **100** | **Owner/President** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 10, 2025** _____

Signature   **/s/ Jose A. Carrillo**
                    **Jose A. Carrillo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Washington

In re    **J.A. Carrillo Construction, LLC**        Case No. _____

                            Debtor(s)      Chapter     **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **December 10, 2025** _____      **/s/ Jose A. Carrillo** _____

                                            **Jose A. Carrillo**/President
                                            Signer/Title

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES, CA 90096


CARNEY BADLEY SPELLMAN PS
701 FIFTH AVE. SUITE 3600
SEATTLE, WA 98104


EDGE COMMUNITY BUILDERS
1225 S. WELLER STREET
SEATTLE, WA 98144


EMPLOYMENT SECURITY DEPARTMENT
212 MAPLE PARK AVE SE
OLYMPIA, WA 98501


EXXEL PACIFIC INC.
323 TELEGRAPH ROAD
BELLINGHAM, WA 98226


FIRST CITIZENS BANK & TRUST CO
21146 NETWORK PLACE
CHICAGO, IL 60673


GM FINANCIAL
801 CHERRY ST, SUITE 3600
FORT WORTH, TX 76102


GODADDY.COM LLC
2155 E GODADDY WAY
TEMPE, AZ 85284


GORDON TILDEN THOMAS & CORDELL
600 UNIVERSITY ST, SUITE 2915
SEATTLE, WA 98101


GYPSUM TO GYPSUM
816 S KENYON ST
SEATTLE, WA 98108


HEALTH INSURANCE DEDUCTION

HILTI INC.
PO BOX 70299
PHILADELPHIA, PA 19176


HOLMES WEDDLE & BARCOTT, PC
701 W 8TH AVE, SUITE 700
ANCHORAGE, AK 99501


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7317


ISUZU FINANCE OF AMERICA, INC
2500 WESTCHESTER AVE
PURCHASE, NY 10577


JOSE A CARRILLO
33760 NE 95TH PLACE
CARNATION, WA 98014


JOSE CARRILLO
33760 NE 95TH PLACE
CARNATION, WA 98014


L&W SUPPLY
PO BOX 74008229
CHICAGO, IL 60674


MAPLE MULTI-FAMILY
NW CONTRACTOR, LLC
7525 166TH AVE NE #D-2
REDMOND, WA 98052


MARIBEL TAMAYO HERNANDEZ
ATTN. SEAN M. PHELAN WSBA 2786
FRAN FREED SUBIT & THOMAS, LLP
705 SECOND AVENUE SUITE 1200
SEATTLE, WA 98104


MBA TRUST
15375 SE 30TH PL, SUITE 380
BELLEVUE, WA 98007

MCS RECYCLING LLC
PO BOX 12188
MILL CREEK, WA 98082


MERCEDES BENZ FINANCIAL SERV.
PO BOX 685
ROANOKE, TX 76262


R. MILLER INC.
18321 98TH AVE NE SUITE 1
BOTHELL, WA 98011


REDHAWK GROUP, LLC
950 N. 72ND STREET SUITE 100
SEATTLE, WA 98103


RESOLVE GENERAL CONSTRUCTION
901 32ND AVE E. UNIT A
SEATTLE, WA 98112


ROCKE LAW
500 UNION ST, SUITE 909
SEATTLE, WA 98101


SHERWIN WILLIAMS
7305 DELRIDGE WAY SW
SEATTLE, WA 98106


TRUCORDIA
2200 RIMLAND DR STE 305
BELLINGHAM, WA 98226


TUKWILA 12535 LLC
PO BOX 820
CARNATION, WA 98014


UNITED RENTALS
PO BOX 051122
LOS ANGELES, CA 90074


WA DEPT OF LABOR & INDUSTRIES
2111 N NORTHGATE WAY
SEATTLE, WA 98133

```
WA STATE DEPT OF REVENUE
2101 4TH AVE
SEATTLE, WA 98121


WA STATE UNEMPLOYMENT
P.O. BOX 84242
SEATTLE, WA 98124


WAFD BANK
PO BOX 80670
CITY OF INDUSTRY, CA 91716


WALSH CONSTRUCTION CO.
315 5TH AVE S. SUITE 600
SEATTLE, WA 98104


WASHINGTON CARES FUND
PO BOX 45135
OLYMPIA, WA 98504


WASHINGTON EMPLOYMENT SECURITY
PO BOX 19020
OLYMPIA, WA 98507


WESTERN NATIONAL
PO BOX 59184
MINNEAPOLIS, MN 55459


WG CLARK CONSTRUCTION CO.
1945 YALE PLACE EAST
SEATTLE, WA 98102
```

# United States Bankruptcy Court
## Western District of Washington

In re  **J.A. Carrillo Construction, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **J.A. Carrillo Construction, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 10, 2025**

Date

**/s/ Faye C Rasch**

**Faye C Rasch**

Signature of Attorney or Litigant

Counsel for  **J.A. Carrillo Construction, LLC**

**Wenokur Riordan PLLC**

**600 Stewart St**
**Suite 1300**
**Seattle, WA 98101**
**206-903-0401**
**faye@wrlawgroup.com**