# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In Re:

J.A. CARRILLO CONSTRUCTION, LLC,

Debtor.

Case No. 25-13492

**ORDER GRANTING MOTION FOR AUTHORIZATION TO PAY PRE-PETITION WAGES**

THIS MATTER having been presented to the Court on shortened time upon the Debtor's Motion for Authorization to Pay Pre-Petition Wages, the Court having reviewed the files and records herein, and the Court finding that payment of prepetition wages is in the best interests of the Debtor, Therefore, it is hereby **ORDERED:**

1. Debtor is authorized to pay 78 of its hourly based employees and 102 of its square footage-based employees for pre-petition wages for the period of December 1, 2025 through and including December 5, 2025 as set forth on **Exhibit A** attached hereto.

2. Debtor is also authorized to pay its employees pre-petition wages for the period of December 8, 2025 through and including December 10, 2025 in amount to not exceed $240,000.

3. Debtor is authorized to pay insiders Jose Carrillo and Sarah Groome their pre-petition wages in the following amounts: (i) Jose Carrillo: $5,600 and (ii) Sarah Groome: $4,360.

ORDER GRANTING MOTION FOR AUTHORIZATION TO PAY
PRE-PETITION WAGES- PAGE 1 OF 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 25-13492-CMA    Doc 13    Filed 12/11/25    Ent. 12/11/25 12:02:06    Pg. 1 of 8

4. In accordance with 11 USC §507(a)(4), no employee shall receive more than a total of $15,150 for pre-petition wages.

/// **End of Order** ///

Presented by:

WENOKUR RIORDAN PLLC


By: */s/ Faye C. Rasch*
Faye C. Rasch, WSBA #50491
Proposed Attorney for Debtor
J.A. Carrillo Construction, LLC


Presentation Waived and Agreed to by:

*/s/ Ryan Moore*     [approved by email]
Ryan Moore, WSBA # 50098
For U.S. Trustee

ORDER GRANTING MOTION FOR AUTHORIZATION TO PAY
PRE-PETITION WAGES- PAGE 2 OF 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 25-13492-CMA    Doc 13    Filed 12/11/25    Ent. 12/11/25 12:02:06    Pg. 2 of 8

**EXHIBIT A**

| JA CARRILLO CONSTRUCTION | PAY PERIOD:12/01/25-12/07/25 | | | PAYDATE: 12/12/2025 | |
|---|---|---|---|---|---|
| Hourly Weekly Payroll | | | | | |
| NAME | HOURS | RATE | GROSS PAY | | |
| Aaron A Martinez-Camacho | 37 | $ 25.00 | $ 925.00 | | |
| Abraham J Dubon | 40 | $ 35.00 | $ 1,400.00 | | |
| Abraham Mota-Guerrero | 40 | $ 25.00 | $ 1,000.00 | | |
| Agustin Vizcarra-Rodriguez | 40 | $ 28.00 | $ 1,120.00 | | |
| Agustina Crisanto-Andrade | 39 | $ 24.00 | $ 936.00 | | |
| Alma G Castaneda-Peraza | 40 | $ 25.00 | $ 1,000.00 | | |
| Arturo Romero-Saavedra | 40 | $ 23.00 | $ 920.00 | | |
| Brandon A. Blanco De Los Santos | 40 | $ 31.56 | $ 1,262.40 | | |
| Brayam J Vazquez-Barrios | 40 | $ 22.00 | $ 880.00 | | |
| Caritina Velez-Gonzalez | 40 | $ 27.00 | $ 1,080.00 | | |
| Carlos E.Sarmientos- Acabal | 40 | $ 22.00 | $ 880.00 | | |
| Cruz Vazquez-Lucas | 32 | $ 36.36 | $ 1,163.52 | | |
| Cruz Vazquez-Lucas | 8 | $ 23.00 | $ 184.00 | | |
| Cutberto Salinas-Herrera | 40 | $ 22.00 | $ 880.00 | | |
| Dalia E Ruiz-Duenas | 40 | $ 26.00 | $ 1,040.00 | | |
| Daniel Hernandez Vaca | 40 | $ 45.00 | $ 1,800.00 | | |
| David A Tamayo Guzman | 40 | $ 21.00 | $ 840.00 | | |
| Diego A Muro-Avila | 40 | $ 74.96 | $ 2,998.40 | | |
| Esbeidi Barrios-Flores | 40 | $ 25.00 | $ 1,000.00 | | |
| Everardo Sanchez-Juarez | 32 | $ 21.00 | $ 672.00 | | |
| Felix Beltran-Benitez | 40 | $ 25.00 | $ 1,000.00 | | |
| Florencio Gallegos | 40 | $ 33.00 | $ 1,320.00 | | |
| Francisco A Rueda-Zamora | 40 | $ 50.00 | $ 2,000.00 | | |
| Galilea Gomez-Vargas | 26 | $ 30.00 | $ 780.00 | | |
| Genaro Serrano-Banos | 40 | $ 27.00 | $ 1,080.00 | | |
| German Ramirez-Solis | 40 | $ 74.96 | $ 2,998.40 | | |
| Guillermina Crisanto-Andrade | 40 | $ 25.00 | $ 1,000.00 | | |
| Hector J Vazquez-Carrillo | 40 | $ 35.00 | $ 1,400.00 | | |
| Hernan Quintero Yanez | 32 | $ 30.00 | $ 960.00 | | |
| Ingrid Jimenez Zepeda | 40 | $ 21.00 | $ 840.00 | | |
| Isabella D Carrillo | 25 | $ 72.00 | $ 1,800.00 | | |
| Ismael Crisanto-Andrade | 40 | $ 28.00 | $ 1,120.00 | | |
| Ismael Morales-Flores | 40 | $ 74.96 | $ 2,998.40 | | |
| Israel Cabadas-Rodriguez | 40 | $ 47.93 | $ 1,917.20 | | |
| Jesus A Lopez-Ramirez | 40 | $ 21.00 | $ 840.00 | | |
| Jesus M Valenzuela Paniagua | 40 | $ 21.00 | $ 840.00 | | |
| Jesus M Valenzuela Paniagua | 1 | $ 31.50 | $ 31.50 | | |
| Jennifer Castillo Flores | 37 | $ 25.00 | $ 925.00 | | |
| John Glover | 40 | $ 55.00 | $ 2,200.00 | | |
| Jonathan Flores-Cervantes | 40 | $ 22.00 | $ 880.00 | | |
| Jorge Duenas-Ruiz | 40 | $ 32.00 | $ 1,280.00 | | |
| Jose A Carrillo | 40 | $ 87.50 | $ 3,500.00 | | |
| Jose E Flores olague | 40 | $ 45.00 | $ 1,800.00 | | |
| Jose L Montero-Lujano | 40 | $ 23.00 | $ 920.00 | | |
| Jose R Zayas-Sandoval | 40 | $ 21.00 | $ 840.00 | | |
| Jose Salazar | 40 | $ 22.00 | $ 880.00 | | |
| Joseph Ottolino | 40 | $ 45.00 | $ 1,800.00 | | |
| Josue J Montero-Reynaga | 40 | $ 21.00 | $ 840.00 | | |
| Juan A Blanco Moreno | 40 | $ 31.56 | $ 1,262.40 | | |

| Name | Hours | Rate | Amount | | |
|---|---|---|---|---|---|
| Juan C Lopez-Hernandez | 40 | $ 21.00 | $ 840.00 | | |
| Juan E Lozano Castro | 32 | $ 25.00 | $ 800.00 | | |
| Juan E Lozano Castro | 8 | $ 36.36 | $ 290.88 | | |
| Juan F Rodriguez-Palomo | 40 | $ 74.96 | $ 2,998.40 | | |
| Juan R Valenzuela-Niebla | 40 | $ 26.00 | $ 1,040.00 | | |
| Juan R Valenzuela-Niebla | 3 | $ 39.00 | $ 117.00 | | |
| Juan Velez-Vejar | 40 | $ 28.00 | $ 1,120.00 | | |
| Juana Sanchez-Montiel | 40 | $ 24.00 | $ 960.00 | | |
| Julio C Gonzalez-Cardona | 40 | $ 27.00 | $ 1,080.00 | | |
| Julio C Montero-Lujano | 40 | $ 45.00 | $ 1,800.00 | | |
| Lisbet Rodriguez-Palomo | 40 | $ 28.00 | $ 1,120.00 | | |
| Lucino L Marcelino | 40 | $ 21.00 | $ 840.00 | | |
| Luis G Lopez-Vasquez | 40 | $ 45.00 | $ 1,800.00 | | |
| Manuel Hernandez-Mayorga | 40 | $ 45.00 | $ 1,800.00 | | |
| Margarito Hernandez | 40 | $ 30.00 | $ 1,200.00 | | |
| Martin Aguilar-Ramirez | 40 | $ 74.96 | $ 2,998.40 | | |
| Nery E. Mondragon-Corea | 32 | $ 21.00 | $ 672.00 | | |
| Nery E. Mondragon-Corea | 8 | $ 36.36 | $ 290.88 | | |
| Pablo Corona-Jimenez | 40 | $ 22.00 | $ 880.00 | | |
| Raul Mendoza Esquivel | 40 | $ 21.00 | $ 840.00 | | |
| Renis A Escobar Pavon | 40 | $ 26.00 | $ 1,040.00 | | |
| Reyes Gonzalez | 40 | $ 45.00 | $ 1,800.00 | | |
| Rigoberto Aguirre-Guzman | 40 | $ 32.00 | $ 1,280.00 | | |
| Rigoberto Aguirre-Guzman | 5.5 | $ 48.00 | $ 264.00 | | |
| Robert L Galeas-Barahona | 8 | $ 21.00 | $ 168.00 | | |
| Salvador Vargas-Garcia | 32 | $ 28.00 | $ 896.00 | | |
| Santiago Solorio - Penaloza | 40 | $ 21.00 | $ 840.00 | | |
| Sarah F Groome | 40 | $ 62.50 | $ 2,500.00 | | |
| Saul Cabadas-Rodriguez | 40 | $ 74.96 | $ 2,998.40 | | |
| Saul Martinez Gonzalez | 40 | $ 23.00 | $ 920.00 | | |
| Saulo F Ortiz | 40 | $ 45.00 | $ 1,800.00 | | |
| Urbano Carrillo | 40 | $ 45.00 | $ 1,800.00 | | |
| Wendy Castaneda-Peraza | 40 | $ 32.00 | $ 1,280.00 | | |
| Xairo Rodriguez-Palomo | 40 | $ 74.96 | $ 2,998.40 | | |
| Yuliet Jimenez Zepeda | 40 | $ 21.00 | $ 840.00 | | |
| **TOTAL =** | 3037.50 | | $106,946.58 | | |

| JA CARRILLO CONSTRUCTION | PAY PERIOD:12/01/25-12/07/25 | | | PAYDATE: 12/12/25 |
|---|---|---|---|---|
| Square Footage Weekly Payroll | | | | |
| NAME | HOURS | RATE | GROSS PAY | |
| Adan Rodriguez Garza | 24 | $ 40.91 | $ 981.84 | |
| Adan Rodriguez Garza | 16 | $ 74.96 | $ 1,199.36 | |
| Alberto Coronado | 40 | $ 40.53 | $ 1,621.20 | |
| Alejandro Hernandez-Martinez | 40 | $ 24.96 | $ 998.40 | |
| Alexander Guadarrama | 40 | $ 28.03 | $ 1,121.20 | |
| Alexander Herrera-Gutierrez | 40 | $ 35.68 | $ 1,427.20 | |
| Alexis Lopez-Peraza | 40 | $ 38.63 | $ 1,545.20 | |
| Alfredo Perez-Urquija | 32 | $ 22.69 | $ 726.08 | |
| Apolonio Cortez-Guzman | 8 | $ 25.00 | $ 200.00 | |
| Blas F Gomez-P | 8 | $ 41.13 | $ 329.04 | |
| Blas F Gomez-P | 24 | $ 46.65 | $ 1,119.60 | |
| Carlos D Ledesma Leon | 40 | $ 28.85 | $ 1,154.00 | |
| Carlos Gutierrez-Escobar | 32 | $ 24.88 | $ 796.16 | |
| Cesar Bobadilla-Fortez | 40 | $ 26.84 | $ 1,073.60 | |
| Cirilo Tolentino | 32 | $ 25.11 | $ 803.52 | |
| Daniel Ortiz-Arriola | 24 | $ 26.78 | $ 642.72 | |
| David Aguilar | 40 | $ 30.92 | $ 1,236.80 | |
| David A Palestino Tolentino | 39.5 | $ 26.00 | $ 1,027.00 | |
| David E Sanchez-Herrera | 40 | $ 30.00 | $ 1,200.00 | |
| Eduardo Castanon-Mompala | 32 | $ 26.64 | $ 852.48 | |
| Edwin A Lugo Argaez | 24 | $ 27.34 | $ 656.16 | |
| Efren Garrido Reyes | 32 | $ 25.11 | $ 803.52 | |
| Emmanuel Hernandez-Martinez | 40 | $ 25.05 | $ 1,002.00 | |
| Erandi De Jesus-Juarez | 32 | $ 25.07 | $ 802.24 | |
| Faber Diego Benitez | 40 | $ 26.00 | $ 1,040.00 | |
| Francisco J Jaime Guerrero | 40 | $ 24.84 | $ 993.60 | |
| Francisco J Palomo Duenas | 24 | $ 41.95 | $ 1,006.80 | |
| Francisco J Palomo Duenas | 16 | $ 74.96 | $ 1,199.36 | |
| Francisco Rodriguez-Hernandez | 40 | $ 25.43 | $ 1,017.20 | |
| Froylan Alvarado Hernandez | 40 | $ 33.30 | $ 1,332.00 | |
| Gael Marquez-Gonzalez | 40 | $ 36.50 | $ 1,460.00 | |
| Genaro Solis Fuentes | 40 | $ 39.10 | $ 1,564.00 | |
| Gerardo Guerrero Medina | 8 | $ 34.39 | $ 275.12 | |
| Gustavo Sarabia-Ramirez | 40 | $ 38.63 | $ 1,545.20 | |
| Hector M Olguin Campos | 32 | $ 24.88 | $ 796.16 | |
| Irain O Perez-Aguilar | 40 | $ 25.08 | $ 1,003.20 | |
| Isai Rodriguez | 40 | $ 25.05 | $ 1,002.00 | |
| Ismael Alvarado Galvan | 24 | $ 40.91 | $ 981.84 | |
| Ismael Alvarado Galvan | 16 | $ 74.96 | $ 1,199.36 | |
| Ivan Nunez-Nunez | 40 | $ 34.03 | $ 1,361.20 | |
| Jackeline A Cayetano Cloter | 16 | $ 24.38 | $ 390.08 | |
| Jeremias Cruz Ramos | 40 | $ 41.22 | $ 1,648.80 | |
| Jesus Castanon-Cabrera | 40 | $ 33.38 | $ 1,335.20 | |
| Jesus Ponce Tamayo | 24 | $ 26.78 | $ 642.72 | |
| Jesus Rodriguez-Hernandez | 40 | $ 25.43 | $ 1,017.20 | |
| Jorge A Bravo-Velazquez | 40 | $ 38.63 | $ 1,545.20 | |
| Jose A Martinez-Perez | 40 | $ 28.85 | $ 1,154.00 | |
| Jose A Ponce Tamayo | 24 | $ 26.78 | $ 642.72 | |
| Jose A Ramirez-Zamora | 40 | $ 24.96 | $ 998.40 | |

| Name | Hours | Rate | Total |
|---|---|---|---|
| Jose E Garcia Padilla | 40 | $ 40.80 | $ 1,632.00 |
| Jose E Julian Tomas | 20 | $ 26.00 | $ 520.00 |
| Jose E Julian Tomas | 8 | $ 41.88 | $ 335.04 |
| Jose G Cruz-Duran | 32 | $ 23.29 | $ 745.28 |
| Jose I De Jesus-Juarez | 32 | $ 26.64 | $ 852.48 |
| Jose L Cruz Duran | 32 | $ 23.29 | $ 745.28 |
| Jose L Covarrubias-Sahagun | 40 | $ 25.00 | $ 1,000.00 |
| Jose N Solis Perez | 40 | $ 39.10 | $ 1,564.00 |
| Jose O Rodriguez-Tirado | 40 | $ 25.08 | $ 1,003.20 |
| Jose R Hurtado-Perez | 40 | $ 33.75 | $ 1,350.00 |
| Jose Rubio-Reyes | 40 | $ 27.52 | $ 1,100.80 |
| Jose Santiago Vizcarra | 40 | $ 24.96 | $ 998.40 |
| Jose V Tomas Baldo | 32 | $ 26.90 | $ 860.80 |
| Josue Servin -Lopez | 32 | $ 25.86 | $ 827.52 |
| Juan A Rubio Reyes | 40 | $ 27.52 | $ 1,100.80 |
| Juan D Ciriaco-Cuevas | 20 | $ 28.00 | $ 560.00 |
| Juan D Ciriaco-Cuevas | 8 | $ 41.88 | $ 335.04 |
| Juan L Perez | 32 | $ 22.69 | $ 726.08 |
| Juan N Guadarrama Pedroza | 40 | $ 28.03 | $ 1,121.20 |
| Juan Salazar Martinez | 40 | $ 22.91 | $ 916.40 |
| Julio C Eguiza | 40 | $ 26.00 | $ 1,040.00 |
| Junior Aguilar-Escareno | 40 | $ 30.92 | $ 1,236.80 |
| Luis A Lugo Argaez | 24 | $ 27.34 | $ 656.16 |
| Luis A Viera-Aguilar | 32 | $ 23.29 | $ 745.28 |
| Luis F Beristain-Castro | 8 | $ 34.39 | $ 275.12 |
| Luis F Hernandez-Servin | 40 | $ 28.85 | $ 1,154.00 |
| Luis G Guerrero Medina | 8 | $ 34.39 | $ 275.12 |
| Manuel A Guerrero-Torres | 40 | $ 37.88 | $ 1,515.20 |
| Marco A Hernandez-Castanon | 40 | $ 24.84 | $ 993.60 |
| Marco Herrera-Guerrero | 16 | $ 29.84 | $ 477.44 |
| Marcos Nunez-Nunez | 40 | $ 27.16 | $ 1,086.40 |
| Maria G Ponce Tamayo | 24 | $ 26.78 | $ 642.72 |
| Mario A Martinez-Perez | 40 | $ 28.85 | $ 1,154.00 |
| Martin Herrera Guerrero | 16 | $ 29.84 | $ 477.44 |
| Mervin Jimenez-Gutierrez | 40 | $ 26.00 | $ 1,040.00 |
| Miguel A Herrera Guerrero | 16 | $ 29.84 | $ 477.44 |
| Miguel A Martinez-Avila | 40 | $ 33.38 | $ 1,335.20 |
| Moises Rodriguez-Tolentino | 24 | $ 40.91 | $ 981.84 |
| Moises Rodriguez-Tolentino | 16 | $ 74.96 | $ 1,199.36 |
| Norberto Montalvo-Rodriguez | 40 | $ 40.53 | $ 1,621.20 |
| Oscar Frayde-Castro | 32 | $ 23.29 | $ 745.28 |
| Omar Siriaco-Cuevas | 32 | $ 26.90 | $ 860.80 |
| Osvaldo M Acevedo | 24 | $ 40.91 | $ 981.84 |
| Osvaldo M Acevedo | 16 | $ 74.96 | $ 1,199.36 |
| Raymundo Aguilar-Guerrero | 40 | $ 37.88 | $ 1,515.20 |
| Rene A Manzano-Sanchez | 40 | $ 25.08 | $ 1,003.20 |
| Rene A Pagoada-Ayala | 24 | $ 47.86 | $ 1,148.64 |
| Rene A Pagoada-Ayala | 8 | $ 41.13 | $ 329.04 |
| Rey J Juarez-Carrillo | 16 | $ 29.84 | $ 477.44 |
| Ricardo Alvarado-Velasquez | 40 | $ 32.00 | $ 1,280.00 |
| Ricardo Garcia Lopez | 40 | $ 25.08 | $ 1,003.20 |
| Ricardo Salazar | 40 | $ 24.84 | $ 993.60 |
| Rogelio Barrera-Velasquez | 40 | $ 51.20 | $ 2,048.00 |

| Name | Hours | Rate | Total | |
|---|---|---|---|---|
| Victor A Fraide-Rodriguez | 40 | $ 24.96 | $ 998.40 | |
| Victor Gonzalez-Reyes | 40 | $ 33.13 | $ 1,325.20 | |
| Wilberth A Castillo-Lizama | 24 | $ 27.34 | $ 656.16 | |
| Yorvely Cecilia Anacleto | 16 | $ 24.38 | $ 390.08 | |
| **TOTAL =** | 3327.50 | | $ 104,104.76 | |