# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| IN RE: | CASE NO: 25-13492-CMA |
|---|---|
| JA Carrillo Construction LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 10 |

On 12/12/2025, I did cause a copy of the following documents, described below,

Notice of Bankruptcy Filing ECF Docket Reference No. 10

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/12/2025

/s/ Faye Rasch
Faye Rasch  50491
Attorney at Law
Wenokur Riordan
600 STEWART ST SUITE 1300
SEATTLE, WA 98101
206-903-0401
faye@wrlawgroup.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>JA Carrillo Construction LLC | CASE NO: 25-13492-CMA<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 10 |

On 12/12/2025, a copy of the following documents, described below,

Notice of Bankruptcy Filing ECF Docket Reference No. 10

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/12/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Faye Rasch
Wenokur Riordan
600 STEWART ST SUITE 1300
SEATTLE, WA  98101

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

FIRST CLASS

GODADDY.COM LLC
100 S MILL AVE
TEMPE AZ 85281

FIRST CLASS

WASHINGTON STATE HEALTH INSURANCE DEDUCTION
PO BOX 48380
OLYMPIA WA 98504