UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

J.A. Carrillo Construction, LLC

    Debtors.

Case No. 25-13492-CMA

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Walsh Construction Co. ("Walsh Construction") is a party in interest in the above-referenced case and, by and through its undersigned attorneys, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b). Such attorneys hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address, facsimile and telephone numbers, and email address:

Garrett S. Ledgerwood
Miller Nash LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Tel: 503-224-5858
Fax: 503-224-0155
Email: garrett.ledgerwood@millernash.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE - 1

4915-7041-3700.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 503.224.5858| F: 503.224.0155
1140 SW WASHINGTON ST, STE 700
PORTLAND, OR 97205

Case 25-13492-CMA    Doc 24    Filed 12/22/25    Ent. 12/22/25 13:10:04    Pg. 1 of 3

telegraph, telex, email, or otherwise filed or made with regard to the above-referenced case and proceedings therein.

Neither this Notice of Appearance and Request for Special Notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Walsh Construction's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this case; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Walsh Construction may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 22, 2025          MILLER NASH LLP


*/s/ Garrett S. Ledgerwood*
Garrett S. Ledgerwood, WSBA No. 49970
garrett.ledgerwood@millernash.com
1140 SW Washington St, Ste 700
Portland, OR 97205
Tel: 503-224-5858
Fax: 503-224-0155

Attorneys for Creditor
Walsh Construction Co.

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE - 2

4915-7041-3700.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 503.224.5858| F: 503.224.0155
1140 SW WASHINGTON ST, STE 700
PORTLAND, OR 97205

Case 25-13492-CMA    Doc 24    Filed 12/22/25    Ent. 12/22/25 13:10:04    Pg. 2 of 3

## **DECLARATION OF SERVICE**

I hereby certify that on December 22, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the parties.

EXECUTED this 22nd day of December 2025, at Portland, Oregon.

*/s/ Garrett S. Ledgerwood*
Garrett S. Ledgerwood, WSBA No. 49970
garrett.ledgerwood@millernash.com

DECLARATION OF SERVICE - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 503.224.5858| F: 503.224.0155
1140 SW WASHINGTON ST, STE 700
PORTLAND, OR 97205

4915-7041-3700.1

Case 25-13492-CMA    Doc 24    Filed 12/22/25    Ent. 12/22/25 13:10:04    Pg. 3 of 3