Hon. Christopher Alston
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>J.A. CARRILLO CONSTRUCTION, LLC,<br><br>                    Debtor. | NO. 25-13492<br><br>AMENDED DECLARATION OF FAYE C. RASCH IN SUPPORT OF APPLICATION TO EMPLOY ATTORNEY FOR CHAPTER 11 DEBTOR |

I, Faye C. Rasch, hereby certify under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a duly licensed and practicing attorney in the State of Washington before this Court. I am a partner in the law firm Wenokur Riordan PLLC ("WR PLLC"). I am submitting this Declaration in support of the application to employ WR PLLC as counsel for the above-captioned Chapter 11 Debtor in this case.

2. My firm and I assisted the Debtor with pre-bankruptcy matters, including the preparation of schedules and statements and mailing matrix filed in this case. The firm is not a prepetition creditor of the Debtor.

3. To the best of my knowledge neither I nor WR PLLC have any connection with the Debtor, creditors of the Debtor, other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.

AMENDED DECLARATION OF FAYE C. RASCH - PAGE 1 OF 3

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 25-13492-CMA    Doc 29    Filed 01/07/26    Ent. 01/07/26 12:11:45    Pg. 1 of 3

4. As described in the Application, the Debtor initially hired WR PLLC to perform an analysis regarding a Chapter 11 filing. In connection therewith, on October 23, 2025, the Debtor made an advance fee deposit in the amount of $20,000.

5. On November 18, 2025, the Debtor signed a subsequent engagement agreement ("Engagement Agreement") pursuant to which WR PLLC would represent the debtor in a Chapter 11 bankruptcy proceeding to be filed in the United States Bankruptcy Court for the Western District of Washington. The Debtor made an additional deposit of $50,000 on November 18, 2025. A true and correct copy of the 11 Engagement Agreement is attached hereto as **Exhibit A**.

6. Prior to the filing, the firm drew down a total of $23,030.50 for prepetition fees and the filing fee. The Debtor's trust account has a current balance of $46,969.50.

7. Extensive work was done from the date of engagement through the time of filing of the Petition.

8. WR PLLC will seek, and expects the Debtor to support, the payment of its allowed fees and costs incurred in prosecuting the Chapter 11 case. WR PLLC will seek compensation from the bankruptcy estate under §§ 330 and 331 of the United States Bankruptcy Code. The firm has not shared or agreed to share compensation with any other entity.

9. The regular hourly billing rates for all attorneys at the firm for this case are:

| Attorney | Rate |
|---|---|
| Alan J. Wenokur | $600 |
| Nathan Riordan | $600 |
| Faye C. Rasch | $600 |
| Catherine Reny | $550 |

AMENDED DECLARATION OF FAYE C. RASCH - PAGE 2 OF 3

WENOKUR RIORDAN PLLC
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 25-13492-CMA    Doc 29    Filed 01/07/26    Ent. 01/07/26 12:11:45    Pg. 2 of 3

10. I believe WR PLLC constitutes a disinterested person within the meaning of the Bankruptcy Code and does not hold or represent any interest adverse to this estate. I have read and am familiar with Local Rule 2016.

11. I provided a copy of the Application, this Declaration, and the proposed order on the Application to the Office of the United States Trustee on January 5, 2026. The United States Trustee approved the application on January 5, 2026. A true and correct copy of the email approving the application is attached hereto as **Exhibit B**.

For these reasons, Debtor requests that the Court, on an ex parte basis, approve this application to employ special counsel as set forth herein

DATED January 7, 2026, at Seattle, Washington.

>                           */s/ Faye C. Rasch*
>                           Faye C. Rasch, WSBA #50491

AMENDED DECLARATION OF FAYE C. RASCH - PAGE 3 OF 3

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 25-13492-CMA    Doc 29    Filed 01/07/26    Ent. 01/07/26 12:11:45    Pg. 3 of 3