# EXHIBIT A

Docusign Envelope ID: 3DBFB743-0A60-452D-A1F0-4FA1F205A23F

# WENOKUR RIORDAN PLLC

**ALAN J. WENOKUR**
(206) 682-6224
ALAN@WRLAWGROUP.COM

**600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON  98101**
www.wrlawgroup.com

**NATHAN RIORDAN**
(206) 903-0401
NATE@WRLAWGROUP.COM

November 18, 2025

### ENGAGEMENT AGREEMENT FOR CHAPTER 11 CASE

The Client and Wenokur Riordan PLLC agree as follows:

**1. Scope of Representation.** J. A. Carrillo Construction LLC ("Client") employs Wenokur Riordan PLLC (the "firm") and Faye Rasch ("Attorney") to provide legal representation in a Chapter 11 proceeding for Client, to be filed in the United States Bankruptcy Court for the Western District of Washington. Faye Rasch shall be the principal attorney responsible for your case.

We will represent the Chapter 11 debtor-in-possession in providing legal advice with respect to the duties, obligations, rights, and powers of a debtor-in-possession. We further would file whatever pleadings are appropriate in the case, appear in court when necessary to represent the interests of the debtor-in-possession, and take such actions as are necessary to resolve claims by or against the bankruptcy estate, and would prepare any plan of reorganization or liquidation, as may be appropriate. This engagement does not cover adversary proceedings that may arise or any appeals.

**2. Costs and Expenses**. There will be no additional charge for incidental postage, photocopying, or long-distance telephone calls. Client shall be charged for extraordinary costs incurred that are associated with the case, including but not limited to filing fees and extraordinary out-of-pocket expenses for postage, photocopying, and long-distance telephone calls. Client will be billed monthly for any extraordinary costs.

**3. Advanced Fee Deposit and Payment for Services**. The firm's fees will be billed against an initial advance fee deposit of **$70,000.00.** In addition, there are costs of **$1,738.00** for the Chapter 11 filing fee. The advance deposit shall be placed in our firm trust account.

The advance fee deposit is not a flat fee. It is in the nature of a down payment. Actual fees and costs may exceed the amount of the deposit, and will need to be paid in the course of the chapter 11 after court approval.

All services shall be billed at our attorney hourly rates, which at this time are $600 for Alan Wenokur, $600 for Nathan Riordan, $600 for Faye Rasch, and $550 for Cat Reny. Our paralegals and office assistants bill at $275. Attorney's fees incurred in the Chapter 11 are subject to court review and approval, and can only be paid after such review and approval. Hourly rates are subject to change from time to time.

The firm will issue one or more invoices prior to filing of the bankruptcy case that include fees and costs incurred prepetition. We will pay that amount from the advanced fee deposit prior to case filing.

At the conclusion of our representation, we will apply the last month's bill to the fee deposit, and, if any remains, we will forward the balance to you. Due to Washington State Bar Association regulations, any interest earned on a deposit of this size must be remitted to the Bar Association's IOLTA fund; therefore, the deposit will not earn interest during the course of your representation.

If you become unable or unwilling to pay, you agree we may withdraw from the representation. If your bill remains unpaid outside of Chapter 11 and it does become necessary to send the matter to our collection agency and/or file a lawsuit for unpaid fees, you will be liable for any collections costs and attorney's fees incurred in collecting the unpaid balance. If such a lawsuit is filed, jurisdiction shall be proper in King County, Washington. Interest on unpaid balances shall accrue at the rate of 6%.

The firm cannot accept payment of bankruptcy fees or costs by credit card. All fees must be paid by cash, check (including e-check), or debit card.

**4. The Objective of Our Work.** We will at all times act on your behalf to the best of our ability. Our objective is to provide quality legal services, promptly and at a reasonable cost. In adversarial situations, the objective is always to win, but **the firm cannot guarantee results**. Our fees are not contingent upon any particular outcome. Any expressions on our part concerning the outcome of your legal matters are expressions of our best professional judgment, and nothing more. Please understand that our opinions at the beginning of a case are necessarily limited by our knowledge of the facts and the law at that time.

**5. Conflict of Interest.** An attorney is precluded by the Washington Rules of Professional Conduct from representing multiple clients with potentially adverse interests unless the attorney can adequately represent the interests of each client, and unless each client consents in writing to the multiple representation after full disclosure of the possible effect of such representation on the exercise of the attorney's professional judgment. From the facts as we currently understand them, no conflict exists.

**6. Withdrawal**. Both Client and Attorney shall be free to withdraw from Attorney's representation of Client for any just reason as permitted or required under the rules of the Washington State Bar Association. If a bankruptcy case has been filed, withdrawal shall also be accomplished in a manner consistent with applicable U.S. Bankruptcy Court rules. Upon any termination of representation, Client shall pay all outstanding fees, charges, and expenses incurred prior to such termination or in cooperation with other counsel regarding transfer of the matter or files.

**7. The Attorney-Client Privilege.** Your attorneys have a duty to maintain strict confidentiality as to your legal affairs. The law protects communications between us, either oral or

Docusign Envelope ID: 3DBFB743-0A60-452D-A1F0-4FA1F205A23F

written, but only so long as neither of us discloses the content of the privileged communication to anyone else. Privileged communications cannot be used in court or admitted in evidence without your consent. Therefore, in order to preserve the privilege, do not show our written communications or discuss our oral communications with anyone unless we have agreed otherwise. Disputes often arise as to whether certain communications are or are not privileged, so please be sure to contact us if you have any questions about an anticipated disclosure.

**8. When the Engagement Begins.** Please understand that unless otherwise stated, formal representation does not begin until you have signed this engagement letter which confirms that you have read and understand these terms of engagement, and you have posted any required advance fee deposit.

If you agree with the foregoing, and it accurately represents your understanding of our agreement, please execute the enclosed copy and return it to me.

Yours truly,

**WENOKUR RIORDAN PLLC**

*/s/ Faye C. Rasch*

Faye C. Rasch
Attorney at Law

Jose Carrillo, on behalf of J. A. Carrillo Construction LLC, has approved and accepted this Engagement Agreement and acknowledges receiving a copy.

Dated this 11/18/2025 day of 11/18/2025 , 2025.

By: *Jose Carrillo*
Jose Carrillo

# EXHIBIT B

# Jessica Richards

| | |
|---|---|
| **From:** | Moore, Ryan (USTP) <Ryan.Moore@usdoj.gov> |
| **Sent:** | Monday, January 5, 2026 2:56 PM |
| **To:** | Jessica Richards |
| **Cc:** | Faye Rasch |
| **Subject:** | RE: J.A. Carrillo Construction, LLC Application for Employment of WR for Review 25-13492 |

Looks good to me. Appreciate it.

Thanks,
Ryan

---

**From:** Jessica Richards <Jessica@wrlawgroup.com>
**Sent:** Monday, January 5, 2026 2:53 PM
**To:** Moore, Ryan (USTP) <Ryan.Moore@usdoj.gov>
**Cc:** Faye Rasch <faye@wrlawgroup.com>
**Subject:** [EXTERNAL] RE: J.A. Carrillo Construction, LLC Application for Employment of WR for Review 25-13492

My apologies, please see attached with your prior redline changes accepted and your signature line removed.

Respectfully,

**Jessica Richards, Senior Paralegal**
**Wenokur Riordan PLLC**
600 Stewart St.
Suite 1300
Seattle, WA 98101

NOTICE: This electronic message transmission contains information which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you received this electronic transmission in error, please notify the sender and delete the copy you received.

---

**From:** Moore, Ryan (USTP) <Ryan.Moore@usdoj.gov>
**Sent:** Monday, January 5, 2026 2:49 PM
**To:** Jessica Richards <Jessica@wrlawgroup.com>
**Cc:** Faye Rasch <faye@wrlawgroup.com>
**Subject:** RE: J.A. Carrillo Construction, LLC Application for Employment of WR for Review 25-13492

Hi Jessica,

The clean version of the order attached seems like the old version of the order rather than the one incorporating my changes – maybe the wrong version was sent? Also, once I see an updated order incorporating the redline, I'd ask my signature line be taken off. We do not put our signature line on them, typically. Once all that's done, I'm OK with it being filed *ex parte*.

Thanks,
Ryan