# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>J.A. CARRILLO CONSTRUCTION, LLC,<br><br>Debtor. | Case No. 25-13492<br><br>**DEBTOR'S RESPONSE TO ORDER SCHEDULING CASE MANAGEMENT CONFERENCE AND REQUIRING DEBTOR TO SEND NOTICE** |

J.A. Carrillo Construction, LLC (the "Debtor"), by and through undersigned counsel, hereby submits this *Response to the Court's Order Scheduling Case Management Conference and Requiring Debtor to Send Notice* entered on December 11, 2025 [Dkt.16] ("Order").

The Debtor's weekly cash flow analysis for the upcoming 120-day period is attached hereto as **Exhibit A.**

The Debtor's historical financial information for the prior three (3) years, including monthly income and expense recaps is attached hereto as **Exhibit B.**

The Debtor's statement of income and expenses from the petition date, December 10, 2025, through January 12, 2026 is attached hereto as **Exhibit C.** The Debtor is current on all payables except for items that have not yet come due or require fee/employment applications.

The Debtor's monthly budget projecting professional fees and costs anticipated to be incurred during the Chapter 11 case is attached hereto as **Exhibit D.**

DEBTOR'S RESPONSE TO ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE AND REQUIRING DEBTOR
TO SEND NOTICE - PAGE 1 OF 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 25-13492-CMA    Doc 34    Filed 01/15/26    Ent. 01/15/26 10:41:06    Pg. 1 of 2

The Debtor confirms that service of the Order on the twenty largest unsecured creditors, all secured creditors, all priority creditors, lessors of real property, the United States Trustee, and other parties in interest was completed on December 15, 2025, within the time required by paragraph 3 of the Order. Attached hereto as **Exhibit E** is a true and correct copy of the certificate of service filed with the court on December 15, 2025 [Dkt. 20].

All projections and budgetary materials have been prepared in good faith based on information currently available to the Debtor and may require adjustment as the case progresses.

DATED January 15, 2026.

WENOKUR RIORDAN PLLC

/s/ *Faye C. Rasch*
Faye C. Rasch, WSBA #50491
Attorney for Debtor
J.A. Carrillo Construction, LLC

DEBTOR'S RESPONSE TO ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE AND REQUIRING DEBTOR
TO SEND NOTICE  - PAGE 2 OF 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 25-13492-CMA    Doc 34    Filed 01/15/26    Ent. 01/15/26 10:41:06    Pg. 2 of 2