# EXHIBIT A

| Budget in Dollars(Cash Basis) | Week of 1/11/2026 | Week of 1/18/2026 | Week of 1/25/2026 | Week of 2/1/2026 | Week of 2/8/2026 | Week of 2/15/2026 | Week of 2/22/2026 | Week of 3/1/2026 | Week of 3/8/2026 | Week of 3/15/2026 | Week of 3/22/2026 | Week of 3/29/2026 | Week of 4/5/2026 | Week of 4/12/2026 | Week of 4/19/2026 | Week of 4/26/2026 | Week of 5/3/2026 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Revenue | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 270,000 | $ 270,000 | $ 240,000 | $ 240,000 | $ 240,000 | $ 240,000 | $ 240,000 | $ 240,000 | $ 240,000 | $ 240,000 | $ 240,000 | $ 240,000 | $ 4,440,000 | |
| Payroll Expenses - Employee Wages | $ 150,000 | $ 150,000 | $ 150,000 | $ 140,000 | $ 130,000 | $ 130,000 | $ 130,000 | $ 110,000 | $ 110,000 | $ 110,000 | $ 110,000 | $ 110,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 2,030,000 | 45.72% |
| Payroll Expenses - Owner Wages | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 6,800 | $ 115,600 | 2.60% |
| Payroll Expenses - Payroll Taxes | $ 13,328 | $ 13,328 | $ 13,328 | $ 12,478 | $ 11,628 | $ 11,628 | $ 11,628 | $ 9,928 | $ 9,928 | $ 9,928 | $ 9,928 | $ 9,928 | $ 9,078 | $ 9,078 | $ 9,078 | $ 9,078 | $ 9,078 | $ 182,376 | 4.11% |
| Payroll Expenses - Labor and Industries Taxes | $ - | $ - | $ 150,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 100,000 | $ 250,000 | 5.63% |
| Variable Expense - COG's - Equipment Rental | $ 1,184 | $ - | $ 1,058 | $ - | $ 1,058 | $ - | $ 1,058 | $ - | $ 1,184 | $ - | $ 1,058 | $ - | $ 1,184 | $ - | $ - | $ - | $ 1,184 | $ 10,154 | 0.23% |
| Variable Expense - COG's - Job Materials (29% sales) | $ 87,000 | $ 87,000 | $ 87,000 | $ 87,000 | $ 87,000 | $ 78,300 | $ 78,300 | $ 69,600 | $ 69,600 | $ 69,600 | $ 69,600 | $ 69,600 | $ 69,600 | $ 69,600 | $ 69,600 | $ 69,600 | $ 69,600 | $ 1,287,600 | 29.00% |
| Variable Expense - COG's - Tools/Small Equipment | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 8,500 | 0.19% |
| Variable Expense - Drywall Disposal | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 51,000 | 1.15% |
| Variable Expense - Advertising and Promotion | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 8,500 | 0.19% |
| Variable Expense - Vehicle Gas/License/Tolls/Repair | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 2,530 | $ 43,010 | 0.97% |
| Variable Expense - Dues & Subscriptions | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 925 | $ 15,725 | 0.35% |
| Variable Expense - Estimated Chapter 11 Quarterly Fees | $ - | $ - | $ 8,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 24,683 | $ - | $ 32,683 | 0.74% |
| Variable Expense - Excise Tax & Licenses | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 25,500 | 0.57% |
| Variable Expense - Office Expense/Meals/Safety | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 1,764 | $ 29,988 | 0.68% |
| Variable Expense - Telephone and Utilities | $ - | $ 1,970 | $ - | $ - | $ - | $ 1,970 | $ - | $ - | $ - | $ 1,970 | $ - | $ - | $ - | $ 1,970 | $ - | $ - | $ - | $ 7,880 | 0.18% |
| Variable Expense - Health Insurance | $ - | $ - | $ 14,000 | $ - | $ - | $ - | $ 14,000 | $ - | $ - | $ - | $ 14,000 | $ - | $ - | $ - | $ 14,000 | $ - | $ - | $ 56,000 | 1.26% |
| Fixed Expense - Rent | $ - | $ - | $ 5,000 | $ - | $ 5,000 | $ - | $ 5,000 | $ - | $ - | $ - | $ 5,000 | $ - | $ - | $ - | $ 5,000 | $ - | $ - | $ 20,000 | 0.45% |
| Fixed Expense - Insurance (Vehicle & Liability) | $ - | $ 9,630 | $ - | $ - | $ - | $ 9,630 | $ - | $ - | $ - | $ 9,630 | $ - | $ - | $ - | $ 9,630 | $ - | $ - | $ - | $ 38,520 | 0.87% |
| Principal & Interest Payments - 2024 Chevy Silverado | $ - | $ - | $ - | $ - | $ 1,220 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,220 | $ - | $ - | $ - | $ 1,220 | $ 4,878 | 0.11% |
| Principal & Interest Payments - 2024 Chevy Silverado | $ - | $ - | $ - | $ - | $ 1,937 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,937 | $ - | $ - | $ - | $ 1,937 | $ 7,746 | 0.17% |
| Principal & Interest Payments - Chevy Trailblazer | $ - | $ - | $ - | $ - | $ 628 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 628 | $ - | $ - | $ - | $ 628 | $ 2,513 | 0.06% |
| Principal & Interest Payments - 2025 Chevy Silverado | $ - | $ - | $ - | $ - | $ 1,366 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,366 | $ - | $ - | $ - | $ 1,366 | $ 5,466 | 0.12% |
| Principal & Interest Payments - 2024 MB Light Truck* | $ - | $ - | $ - | $ - | $ 3,316 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,316 | $ - | $ - | $ - | $ 3,316 | $ 13,264 | 0.30% |
| Principal & Interest Payments - 2024 Isuzu NRR | $ - | $ - | $ - | $ - | $ 1,559 | $ - | $ - | $ - | $ 1,559 | $ - | $ - | $ - | $ 1,559 | $ - | $ - | $ - | $ 1,559 | $ 6,236 | 0.14% |
| Total Expenses | $269,031 | $279,447 | $445,905 | $256,997 | $257,357 | $249,047 | $257,505 | $207,047 | $218,257 | $218,647 | $227,105 | $207,047 | $207,407 | $207,797 | $216,255 | $320,880 | $207,407 | $4,253,139 | 95.79% |
| NET PROFIT | $ 30,969 | $ 20,553 | $ (145,905) | $ 43,003 | $ 42,643 | $ 20,953 | $ 12,495 | $ 32,953 | $ 21,743 | $ 21,353 | $ 12,895 | $ 32,953 | $ 32,593 | $ 32,203 | $ 23,745 | $ (80,880) | $ 32,593 | $ 186,861 | |
| Beginning Cash Balance | $ 592,700 | $ 623,669 | $ 644,222 | $ 498,317 | $ 541,320 | $ 583,962 | $ 604,915 | $ 617,410 | $ 650,363 | $ 672,106 | $ 693,459 | $ 706,354 | $ 739,307 | $ 771,900 | $ 804,103 | $ 827,848 | $ 746,968 | | |
| Add: Monthly Cash Surplus | $ 30,969 | $ 20,553 | | $ 43,003 | $ 42,643 | $ 20,953 | $ 12,495 | $ 32,953 | $ 21,743 | $ 21,353 | $ 12,895 | $ 32,953 | $ 32,593 | $ 32,203 | $ 23,745 | | $ 32,593 | | |
| Less: Monthly Cash Deficit | | | $ (145,905) | | | | | | | | | | | | | $ (80,880) | | | |
| Ending Cash Balance | $ 623,669 | $ 644,222 | $ 498,317 | $ 541,320 | $ 583,962 | $ 604,915 | $ 617,410 | $ 650,363 | $ 672,106 | $ 693,459 | $ 706,354 | $ 739,307 | $ 771,900 | $ 804,103 | $ 827,848 | $ 746,968 | $ 779,561 | | |

*2024 MB Light Truck is co-owned by Jose Carrillo. However, vehicle is primarily and regularly used for J.A. Carrillo Construction LLC's business.