# EXHIBIT C

# JA Carrillo Construction, LLC
## Profit & Loss
### December 10, 2025 through January 12, 2026

**Cash Basis**

|  | Dec 10, '25 - Jan 12, 26 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Service Income** | |
|       Job Income | 1,666,887.41 |
|     **Total Service Income** | 1,666,887.41 |
|   **Total Income** | 1,666,887.41 |
|   **Cost of Goods Sold** | |
|     **Cost of Goods Sold** | |
|       Equipment Rental for Jobs | 2,385.53 |
|       Job Materials Purchased | 469,360.06 |
|       Tools and Small Equipment | 10,512.63 |
|     **Total Cost of Goods Sold** | 482,258.22 |
|   **Total COGS** | 482,258.22 |
| **Gross Profit** | 1,184,629.19 |
|   **Expense** | |
|     Advertising and Promotion | 13,209.42 |
|     Bank Service Charges | 95.00 |
|     **Car & Truck Expenses** | |
|       Gas, Oil & Lube | 4,241.73 |
|       Insurance, Licensing & Tolls | 1,809.05 |
|       Tire, Batteries & Repair | 4,842.00 |
|     **Total Car & Truck Expenses** | 10,892.78 |
|     Drywall Disposal | 12,404.42 |
|     Dues and Subscriptions | 741.50 |
|     Employee Benefit | 9,708.39 |
|     Interest Expense | -23.05 |
|     Meals and Entertainment | 351.55 |
|     Office Expense | 3,721.93 |
|     **Payroll Expenses** | |
|       Employment Security (ER) | 3,192.85 |
|       ESD - WA Paid Fam Med Leave | 2,440.47 |
|       Federal Payroll Taxes | 73,804.56 |
|       Officer Compensation | 27,400.00 |
|       Wages | 911,392.57 |
|     **Total Payroll Expenses** | 1,018,230.45 |
|     Rent Expense | 5,000.00 |
|     Repairs and Maintenance | 2,521.36 |
|     Safety Equipment | 787.33 |
|     **Utilities** | |
|       Telephone Expense | 970.00 |
|       Utilities - Other | 1,192.72 |
|     **Total Utilities** | 2,162.72 |
|   **Total Expense** | 1,079,803.80 |
| **Net Ordinary Income** | 104,825.39 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Interest Income | 0.45 |
|   **Total Other Income** | 0.45 |
| **Net Other Income** | 0.45 |
| **Net Income** | 104,825.84 |

# JA Carrillo Construction, LLC
# A/P Aging Detail
## As of January 12, 2026

| Type | Date | Num | Name | Due Date | Open Balance |
|---|---|---|---|---|---:|
| **Current** | | | | | |
| Bill | 12/01/2025 | Terrapin1016170859-1 | L&W Supply Corporation | 01/25/2026 | 207.00 |
| Bill | 12/01/2025 | Creamery1016158773-1 | L&W Supply Corporation | 01/25/2026 | 1,851.36 |
| Bill | 12/01/2025 | ETOD1016170892-1 | L&W Supply Corporation | 01/25/2026 | 444.50 |
| Bill | 12/02/2025 | Parkshor1016174975-1 | L&W Supply Corporation | 01/25/2026 | 734.40 |
| Bill | 12/02/2025 | Shorelin1016174378-1 | L&W Supply Corporation | 01/25/2026 | 3,215.33 |
| Bill | 12/02/2025 | Shorelin1016181832-1 | L&W Supply Corporation | 01/25/2026 | 1,609.47 |
| Bill | 12/02/2025 | Shorelin1016174966-1 | L&W Supply Corporation | 01/25/2026 | 465.12 |
| Bill | 12/02/2025 | ETOD1016175177-4 | L&W Supply Corporation | 01/25/2026 | 12,028.15 |
| Bill | 12/02/2025 | Johnson1016183356-1 | L&W Supply Corporation | 01/25/2026 | 1,367.35 |
| Bill | 12/02/2025 | EastPark1016175431-1 | L&W Supply Corporation | 01/25/2026 | 2,127.00 |
| Bill | 12/02/2025 | Fremont1016178924-1 | L&W Supply Corporation | 01/25/2026 | 1,985.90 |
| Bill | 12/02/2025 | Creamery1016173881-1 | L&W Supply Corporation | 01/25/2026 | 1,550.87 |
| Bill | 12/03/2025 | Fremont1016194329-1 | L&W Supply Corporation | 01/25/2026 | 103.24 |
| Bill | 12/03/2025 | ETOD1016175177-1 | L&W Supply Corporation | 01/25/2026 | 8,785.92 |
| Bill | 12/03/2025 | ETOD1016175177-3 | L&W Supply Corporation | 01/25/2026 | 8,785.92 |
| Bill | 12/03/2025 | ETOD1016175177-2 | L&W Supply Corporation | 01/25/2026 | 5,020.58 |
| Bill | 12/03/2025 | Phinney1016180840-1 | L&W Supply Corporation | 01/25/2026 | 788.50 |
| Bill | 12/03/2025 | Creamery1016201821-1 | L&W Supply Corporation | 01/25/2026 | 295.00 |
| Bill | 12/04/2025 | EastPark1016215874-1 | L&W Supply Corporation | 01/25/2026 | 2,112.00 |
| Bill | 12/04/2025 | Shroreli1016197674-1 | L&W Supply Corporation | 01/25/2026 | 1,757.18 |
| Bill | 12/04/2025 | Fremont1016208766-1 | L&W Supply Corporation | 01/25/2026 | 3,344.15 |
| Bill | 12/04/2025 | Parkshor1016199336-2 | L&W Supply Corporation | 01/25/2026 | 199.12 |
| Bill | 12/04/2025 | Parkshor1016199336-1 | L&W Supply Corporation | 01/25/2026 | 1,013.76 |
| Bill | 12/04/2025 | Woodinv1016216895-1 | L&W Supply Corporation | 01/25/2026 | 43.00 |
| Bill | 12/04/2025 | ETOD1016196561-2 | L&W Supply Corporation | 01/25/2026 | 3,625.60 |
| Bill | 12/04/2025 | ETOD1016196561-1 | L&W Supply Corporation | 01/25/2026 | 9,642.00 |
| Bill | 12/04/2025 | EastPark1016231301-1 | L&W Supply Corporation | 01/25/2026 | 95.75 |
| Bill | 12/04/2025 | Shorelin1016197674-2 | L&W Supply Corporation | 01/25/2026 | 29,529.34 |
| Bill | 12/04/2025 | MIMU1016218096-1 | L&W Supply Corporation | 01/25/2026 | 2,858.69 |
| Bill | 12/08/2025 | 56/57B1016241462-1 | L&W Supply Corporation | 01/25/2026 | 3,732.80 |
| Bill | 12/08/2025 | Kumar1016227701-1 | L&W Supply Corporation | 01/25/2026 | 228.33 |
| Bill | 12/08/2025 | Kumar1016223119-1 | L&W Supply Corporation | 01/25/2026 | 1,894.45 |
| Bill | 12/08/2025 | Kumar1016240745-1 | L&W Supply Corporation | 01/25/2026 | 137.90 |
| Bill | 12/08/2025 | Fremont1016232314-1 | L&W Supply Corporation | 01/25/2026 | 1,700.00 |
| Bill | 12/08/2025 | Creamery1016223228-1 | L&W Supply Corporation | 01/25/2026 | 496.59 |
| Bill | 12/08/2025 | Woodinv1016233298-1 | L&W Supply Corporation | 01/25/2026 | 1,506.49 |
| Bill | 12/08/2025 | ETOD1016239737-1 | L&W Supply Corporation | 01/25/2026 | 213.11 |
| Bill | 12/08/2025 | Phinney1016237045-1 | L&W Supply Corporation | 01/25/2026 | 233.60 |
| Bill | 12/08/2025 | Terrapin1016222553-1 | L&W Supply Corporation | 01/25/2026 | 1,386.46 |
| Bill | 12/08/2025 | 56/57B1016243227-1 | L&W Supply Corporation | 01/25/2026 | 129.78 |
| Bill | 12/09/2025 | 56/57B1016249843-2 | L&W Supply Corporation | 01/25/2026 | 10,914.91 |
| Bill | 12/09/2025 | 56/57B1016249843-1 | L&W Supply Corporation | 01/25/2026 | 24,267.73 |
| Bill | 12/10/2025 | Terrapin1016278371-1 | L&W Supply Corporation | 01/25/2026 | 162.42 |
| Bill | 12/10/2025 | ETOD1016269933-1 | L&W Supply Corporation | 01/25/2026 | 1,669.92 |
| Bill | 12/10/2025 | Fremont1016270074-1 | L&W Supply Corporation | 01/25/2026 | 357.66 |
| Bill | 12/11/2025 | EastPark1016284357-1 | L&W Supply Corporation | 01/25/2026 | 174.91 |
| Bill | 12/11/2025 | Shorelin1016288191-1 | L&W Supply Corporation | 01/25/2026 | 329.47 |
| Bill | 12/11/2025 | Woodinv1016277045-1 | L&W Supply Corporation | 01/25/2026 | 234.81 |
| Bill | 12/11/2025 | Lynn1016286673-1 | L&W Supply Corporation | 01/25/2026 | 38.90 |
| Bill | 12/11/2025 | Woodinv1016289469-1 | L&W Supply Corporation | 01/25/2026 | 310.82 |
| Bill | 12/11/2025 | Fremont1016257065-1 | L&W Supply Corporation | 01/25/2026 | 2,635.78 |
| Bill | 12/11/2025 | Fremont1016257065-2 | L&W Supply Corporation | 01/25/2026 | 5,271.55 |
| Bill | 12/11/2025 | Fremont1016257065-3 | L&W Supply Corporation | 01/25/2026 | 3,514.37 |
| Bill | 12/11/2025 | Fremont1016257065-4 | L&W Supply Corporation | 01/25/2026 | 8,177.28 |
| Bill | 12/11/2025 | Fremont1016257065-5 | L&W Supply Corporation | 01/25/2026 | 6,292.05 |
| Bill | 12/11/2025 | Creamery1016265301-1 | L&W Supply Corporation | 01/25/2026 | 12,955.36 |
| Bill | 12/12/2025 | Shorelin1016274813-1 | L&W Supply Corporation | 01/25/2026 | 1,052.05 |
| Bill | 12/12/2025 | Woodinv1016301840-1 | L&W Supply Corporation | 01/25/2026 | 72.60 |
| Bill | 12/12/2025 | Phinney1016298869-1 | L&W Supply Corporation | 01/25/2026 | 140.16 |
| Bill | 12/12/2025 | Terrapin1016299163-1 | L&W Supply Corporation | 01/25/2026 | 802.00 |
| Bill | 12/12/2025 | Shorelin1016275844-1 | L&W Supply Corporation | 01/25/2026 | 308.20 |
| Bill | 12/12/2025 | ETOD1016278247-1 | L&W Supply Corporation | 01/25/2026 | 1,956.00 |
| Bill | 12/12/2025 | EastPark1016294734-1 | L&W Supply Corporation | 01/25/2026 | 709.88 |
| Bill | 12/12/2025 | EastPark1016292503-1 | L&W Supply Corporation | 01/25/2026 | 6,102.80 |
| Bill | 12/12/2025 | ETOD1016295781-1 | L&W Supply Corporation | 01/25/2026 | 475.00 |
| Bill | 12/16/2025 | Madison1016335345-1 | L&W Supply Corporation | 01/25/2026 | 98.00 |
| Bill | 12/16/2025 | Fremont1016331461-1 | L&W Supply Corporation | 01/25/2026 | 428.90 |
| Bill | 12/16/2025 | Shorelin1016322398-1 | L&W Supply Corporation | 01/25/2026 | 216.00 |

# JA Carrillo Construction, LLC
# A/P Aging Detail
## As of January 12, 2026

| Type | Date | Num | Name | Due Date | Open Balance |
|---|---|---|---|---|---:|
| Bill | 12/16/2025 | Fremont1016257065-6 | L&W Supply Corporation | 01/25/2026 | 4,155.04 |
| Bill | 12/16/2025 | Phinney1016328943-1 | L&W Supply Corporation | 01/25/2026 | 86.58 |
| Bill | 12/16/2025 | Parkshor1016322316-1 | L&W Supply Corporation | 01/25/2026 | 270.36 |
| Bill | 12/16/2025 | Creamery1016327689-1 | L&W Supply Corporation | 01/25/2026 | 620.35 |
| Bill | 12/16/2025 | ETOD1016298382-7 | L&W Supply Corporation | 01/25/2026 | 322.66 |
| Bill | 12/16/2025 | Madison1016307069-1 | L&W Supply Corporation | 01/25/2026 | 1,524.96 |
| Bill | 12/16/2025 | Fremont1016312223-1 | L&W Supply Corporation | 01/25/2026 | 1,240.70 |
| Bill | 12/16/2025 | Terrapin1016328799-1 | L&W Supply Corporation | 01/25/2026 | 491.07 |
| Bill | 12/16/2025 | ETOD1016298382-1 | L&W Supply Corporation | 01/25/2026 | 1,757.18 |
| Bill | 12/16/2025 | ETOD1016298382-2 | L&W Supply Corporation | 01/25/2026 | 5,271.55 |
| Bill | 12/16/2025 | ETOD1016298382-3 | L&W Supply Corporation | 01/25/2026 | 5,271.55 |
| Bill | 12/16/2025 | ETOD1016298382-4 | L&W Supply Corporation | 01/25/2026 | 25,610.94 |
| Bill | 12/16/2025 | ETOD1016298382-5 | L&W Supply Corporation | 01/25/2026 | 8,785.92 |
| Bill | 12/16/2025 | ETOD1016298382-6 | L&W Supply Corporation | 01/25/2026 | 6,036.80 |
| Bill | 12/17/2025 | Fremont1016340579-1 | L&W Supply Corporation | 01/25/2026 | 2,961.00 |
| Bill | 12/17/2025 | Lynn1016312379-1 | L&W Supply Corporation | 01/25/2026 | 12,515.01 |
| Bill | 12/18/2025 | Phinney1016360381-1 | L&W Supply Corporation | 01/25/2026 | 202.74 |
| Bill | 12/18/2025 | Shorelin1016349992-1 | L&W Supply Corporation | 01/25/2026 | 2,335.00 |
| Bill | 12/18/2025 | Terrapin1016344252-1 | L&W Supply Corporation | 01/25/2026 | 434.60 |
| Bill | 12/18/2025 | Woodinv1016349937-1 | L&W Supply Corporation | 01/25/2026 | 1,030.85 |
| Bill | 12/18/2025 | Phinney1016361057-1 | L&W Supply Corporation | 01/25/2026 | 78.50 |
| Bill | 12/18/2025 | ETOD1016344488-1 | L&W Supply Corporation | 01/25/2026 | 909.35 |
| Bill | 12/18/2025 | Fremont1016344611-1 | L&W Supply Corporation | 01/25/2026 | 251.47 |
| Bill | 12/18/2025 | Fremont1016359319-1 | L&W Supply Corporation | 01/25/2026 | 2,921.40 |
| Bill | 12/18/2025 | Lynn1016359144-1 | L&W Supply Corporation | 01/25/2026 | 215.50 |
| Bill | 12/22/2025 | Terrapin1016367274-1 | L&W Supply Corporation | 01/25/2026 | 4,591.84 |
| Bill | 12/22/2025 | MIMU1016386011-1 | L&W Supply Corporation | 01/25/2026 | 444.00 |
| Bill | 12/22/2025 | Woodinv1016389986-1 | L&W Supply Corporation | 01/25/2026 | 281.38 |
| Bill | 12/22/2025 | Creamery1016350825-2 | L&W Supply Corporation | 01/25/2026 | 8,227.95 |
| Bill | 12/22/2025 | Creamery1016350825-1 | L&W Supply Corporation | 01/25/2026 | 5,125.12 |
| Bill | 12/22/2025 | Parkshor1016385541-1 | L&W Supply Corporation | 01/25/2026 | 123.90 |
| Bill | 12/22/2025 | Terrapin1016367274-3 | L&W Supply Corporation | 01/25/2026 | 96.18 |
| Bill | 12/22/2025 | Shorelin1016381484-1 | L&W Supply Corporation | 01/25/2026 | 840.00 |
| Bill | 12/22/2025 | Terrapin1016367274-2 | L&W Supply Corporation | 01/25/2026 | 108.10 |
| Bill | 12/23/2025 | ETOD1016373074-1 | L&W Supply Corporation | 01/25/2026 | 1,663.04 |
| Bill | 12/23/2025 | Fremont1016379789-1 | L&W Supply Corporation | 01/25/2026 | 8,581.10 |
| Bill | 12/23/2025 | 56/57B1016395535-1 | L&W Supply Corporation | 01/25/2026 | 3,311.92 |
| Bill | 12/23/2025 | Creamery1016393088-1 | L&W Supply Corporation | 01/25/2026 | 197.95 |
| Bill | 12/23/2025 | Creamery1016395029-1 | L&W Supply Corporation | 01/25/2026 | 1,884.48 |
| Bill | 12/23/2025 | Evergree1016397420-1 | L&W Supply Corporation | 01/25/2026 | 1,081.15 |
| Bill | 12/23/2025 | Terrapin1016397358-1 | L&W Supply Corporation | 01/25/2026 | 303.10 |
| Bill | 12/23/2025 | ETOD1016378769-1 | L&W Supply Corporation | 01/25/2026 | 1,757.18 |
| Bill | 12/23/2025 | ETOD1016378769-2 | L&W Supply Corporation | 01/25/2026 | 5,271.55 |
| Bill | 12/23/2025 | ETOD1016378769-4 | L&W Supply Corporation | 01/25/2026 | 5,271.55 |
| Bill | 12/23/2025 | ETOD1016378769-5 | L&W Supply Corporation | 01/25/2026 | 3,514.37 |
| Bill | 12/23/2025 | ETOD1016378769-6 | L&W Supply Corporation | 01/25/2026 | 5,271.55 |
| Bill | 12/29/2025 | ETOD1016378769-3 | L&W Supply Corporation | 01/25/2026 | 7,255.40 |
| Bill | 12/29/2025 | Fremont1016418752-1 | L&W Supply Corporation | 01/25/2026 | 648.17 |
| Bill | 12/29/2025 | Parkshor1016418985-1 | L&W Supply Corporation | 01/25/2026 | 43.29 |
| Bill | 12/29/2025 | Terrapin1016419274-1 | L&W Supply Corporation | 01/25/2026 | 467.68 |
| Bill | 12/30/2025 | Terrapin1016432070-1 | L&W Supply Corporation | 01/25/2026 | 1,905.94 |
| Bill | 12/30/2025 | Shorelin1016425844-1 | L&W Supply Corporation | 01/25/2026 | 1,915.52 |
| Bill | 12/30/2025 | Fremont1016432167-1 | L&W Supply Corporation | 01/25/2026 | 1,079.21 |
| Bill | 12/30/2025 | Woodinvi1016410764-1 | L&W Supply Corporation | 01/25/2026 | 2,872.32 |
| Bill | 12/30/2025 | 56/57B1016432188-1 | L&W Supply Corporation | 01/25/2026 | 927.20 |
| Bill | 12/30/2025 | UW50001016414174-1 | L&W Supply Corporation | 01/25/2026 | 2,851.99 |
| Bill | 12/30/2025 | Madison1016424885-1 | L&W Supply Corporation | 01/25/2026 | 752.11 |
| Bill | 12/30/2025 | MIMU1016435065-1 | L&W Supply Corporation | 01/25/2026 | 3,792.74 |
| Bill | 12/30/2025 | Woodinvi1016439896-1 | L&W Supply Corporation | 01/25/2026 | 127.91 |
| Bill | 12/30/2025 | Terrapin1016367274-4 | L&W Supply Corporation | 01/25/2026 | 1,780.64 |
| Bill | 12/30/2025 | ETOD1016378769-7 | L&W Supply Corporation | 01/25/2026 | 2,336.00 |
| Bill | 12/30/2025 | ETOD1016378769-8 | L&W Supply Corporation | 01/25/2026 | 15,375.46 |

Total Current     394,295.31

**1 - 30**
Total 1 - 30

| Type | Date | Num | Name | Due Date | Open Balance |
|------|------|-----|------|----------|--------------|

**31 - 60**
Total 31 - 60

**61 - 90**
Total 61 - 90

**> 90**
Total > 90

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL** | | | | | 394,295.31 |

# JA Carrillo Construction, LLC
# A/R Aging Detail
## As of January 12, 2026

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---:|
| **Current** | | | | | | |
| Total Current | | | | | | |
| **1 - 30** | | | | | | |
| Invoice | 12/20/2025 | 2428 | R. Miller Inc.:2406-MIMU 2885 78th Ave SE Mercer Island | 12/20/2025 | 23 | 41,664.93 |
| Invoice | 12/20/2025 | 2429 | Edge Community Builders LLC:2503 - 5819 Phinney - 5819 Phin... | 12/20/2025 | 23 | 2,139.40 |
| Invoice | 12/20/2025 | 2430 | Resolve General Construction LLC:2501 -UW 5000 -5000 12th ... | 12/20/2025 | 23 | 1,019.35 |
| Invoice | 12/20/2025 | 2431 | W.G. Clark Construction Co.:2409-56th/57th Ballard-2002 NW 5... | 12/20/2025 | 23 | 117,325.00 |
| Invoice | 12/20/2025 | 2432 | Maple Multi-Family PNW Contractor LLC:2405-Alexan Woodinvi... | 12/20/2025 | 23 | 14,858.52 |
| Invoice | 12/20/2025 | 2433 | Maple Multi-Family PNW Contractor LLC:2508-Alexan Shoreline... | 12/20/2025 | 23 | 97,850.00 |
| Invoice | 12/20/2025 | 2435 | TCHC LLC - The Custom Home Company:Lynn-3121 Hunts Poi... | 12/20/2025 | 23 | 42,750.00 |
| Invoice | 12/20/2025 | 2436 | TCHC LLC - The Custom Home Company:Kumar-1094 W Lake ... | 12/20/2025 | 23 | 41,518.50 |
| Invoice | 12/20/2025 | 2437 | JMZ Contractors, LLC:2410-East Park One-2005 Schley Blvd Br... | 12/20/2025 | 23 | 56,670.12 |
| Invoice | 12/20/2025 | 2438 | JMZ Contractors, LLC:2410-East Park One-2005 Schley Blvd Br... | 12/20/2025 | 23 | 19,000.00 |
| Invoice | 12/20/2025 | 2440 | Exxel Pacific, Inc.:2502-Parkshore Juanita-11853 97th Ave SE | 12/20/2025 | 23 | 25,650.00 |
| Invoice | 12/20/2025 | 2441 | Exxel Pacific, Inc.:2505-State St Creamery-820 N State St | 12/20/2025 | 23 | 152,000.00 |
| Invoice | 12/20/2025 | 2442 | Exxel Pacific, Inc.:2504-Fremont 65-3609 1st Ave NW Seattle | 12/20/2025 | 23 | 182,464.98 |
| Invoice | 12/20/2025 | 2443 | Exxel Pacific, Inc.:2506-NE 120th ETOD-1865 120th Ave NE Bell | 12/20/2025 | 23 | 332,880.00 |
| Invoice | 12/22/2025 | 2434 | W.G. Clark Construction Co.:2404 - Terrapin-228 106th Pl NE B... | 12/22/2025 | 21 | 48,627.73 |
| Invoice | 12/22/2025 | 2439 | Redhawk Group LLC:2403 - Madison Park Place 2925 E Madison | 12/22/2025 | 21 | 5,225.00 |
| Total 1 - 30 | | | | | | 1,181,643.53 |
| **31 - 60** | | | | | | |
| Invoice | 11/15/2025 | 2413 | Exxel Pacific, Inc.:2506-NE 120th ETOD-1865 120th Ave NE Bell | 11/15/2025 | 58 | 143,521.25 |
| Invoice | 11/20/2025 | 2421 | W.G. Clark Construction Co.:2409-56th/57th Ballard-2002 NW 5... | 11/20/2025 | 53 | 30,704.00 |
| Invoice | 11/20/2025 | 2424 | Redhawk Group LLC:2403 - Madison Park Place 2925 E Madison | 11/20/2025 | 53 | 46,068.64 |
| Total 31 - 60 | | | | | | 220,293.89 |
| **61 - 90** | | | | | | |
| Invoice | 10/31/2025 | 2395 | Redhawk Group LLC:2403 - Madison Park Place 2925 E Madison | 11/01/2025 | 72 | 51,296.35 |
| Total 61 - 90 | | | | | | 51,296.35 |
| **> 90** | | | | | | |
| Invoice | 10/01/2025 | 2342 | TCHC LLC - The Custom Home Company:Gilmore - 2810 11th ... | 10/01/2025 | 103 | 3,500.00 |
| Total > 90 | | | | | | 3,500.00 |
| **TOTAL** | | | | | | **1,456,733.77** |

Page 1

# JA Carrillo Construction, LLC
# Profit & Loss
**Cash Basis**  January through December 2025

|  | Jan - Dec 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Service Income** | |
| Job Income | 16,377,043.67 |
| **Total Service Income** | 16,377,043.67 |
| **Total Income** | 16,377,043.67 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| Equipment Rental for Jobs | 30,536.45 |
| Job Materials Purchased | 4,577,983.02 |
| Subcontractors Expense | 652.80 |
| Tools and Small Equipment | 16,617.51 |
| **Total Cost of Goods Sold** | 4,625,789.78 |
| **Total COGS** | 4,625,789.78 |
| **Gross Profit** | 11,751,253.89 |
| **Expense** | |
| Advertising and Promotion | 25,627.20 |
| Bank Service Charges | 5,508.00 |
| **Business Insurance** | |
| General Liability Insurance | 131,357.73 |
| **Total Business Insurance** | 131,357.73 |
| **Car & Truck Expenses** | |
| Gas, Oil & Lube | 70,402.18 |
| Insurance, Licensing & Tolls | 13,168.25 |
| Tire, Batteries & Repair | 32,975.33 |
| **Total Car & Truck Expenses** | 116,545.76 |
| Depreciation Expense | 6,491.00 |
| Drywall Disposal | 96,809.76 |
| Dues and Subscriptions | 59,816.35 |
| Employee Benefit | 120,991.20 |
| Interest Expense | 21,533.92 |
| Meals and Entertainment | 24,193.38 |
| NSF Check | 0.00 |
| Office Expense | 131,843.66 |
| **Payroll Expenses** | |
| Employment Security (ER) | 28,202.41 |
| ESD - WA Paid Fam Med Leave | 20,583.22 |
| Federal Payroll Taxes | 612,088.88 |
| Labor & Industries | 413,958.55 |
| Officer Compensation | 179,200.00 |
| Wages | 7,654,595.87 |
| **Total Payroll Expenses** | 8,908,628.93 |
| Printing and Reproduction | 1,914.18 |
| **Professional Fees** | |
| Attorney | 787,101.43 |
| Consulting Services | 24,027.37 |
| CPA | 1,910.00 |
| **Total Professional Fees** | 813,038.80 |
| Rent Expense | 60,000.00 |
| Repairs and Maintenance | 16,846.67 |
| Safety Equipment | 7,431.05 |
| Sales Tax Paid at Source | 1,519.32 |

# JA Carrillo Construction, LLC
## Profit & Loss
### January through December 2025

|  | Jan - Dec 25 |
|---|---:|
| **Taxes and Licenses** | |
|    Business Licenses and Permits | 3,189.07 |
|    Taxes and Licenses - Other | 86,504.29 |
| **Total Taxes and Licenses** | 89,693.36 |
| **Utilities** | |
|    Telephone Expense | 12,232.56 |
|    Utilities - Other | 4,391.17 |
| **Total Utilities** | 16,623.73 |
| **Total Expense** | 10,656,414.00 |
| **Net Ordinary Income** | 1,094,839.89 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Gain/Loss on Asset Disposal | 91,596.00 |
|     Interest Income | 2,233.43 |
|     Stay at Work reimbursement | 10,007.00 |
|   **Total Other Income** | 103,836.43 |
| **Net Other Income** | 103,836.43 |
| **Net Income** | **1,198,676.32** |