# EXHIBIT D

**EXHIBIT D**

**DEBTOR'S PROJECTED MONTHLY BUDGET OF
PROFESSIONAL FEES AND COSTS**

Debtor J.A. Carrillo Construction, LLC (the "Debtor") submits the following good-faith estimate of professional fees and costs anticipated to be incurred during the pendency of this Chapter 11 case. The projections below are based on information presently available and are subject to modification as the case progresses.

**1. Chapter 11 Counsel**
Faye C. Rasch, Esq.
Wenokur Riordan PLLC
Counsel to the Debtor

Attorney Faye C. Rasch of Wenokur Riordan PLLC serves as Chapter 11 counsel for the Debtor. *See Order Approving Debtor's Ex-Parte Application to Employ Attorney for Chapter 11 Debtor* [Dkt. No. 31]. During the pendency of this bankruptcy case, counsel anticipates incurring professional fees and costs in an estimated total amount of $150,000.00 to be incurred over the duration of Debtor's Chapter 11 case.

**2. Accounting and Tax Services**
James Schuler, CPA
Duncan & Schuler CPA, PLLC
Proposed Accountant for the Debtor

James Schuler, CPA, of Duncan & Schuler CPA, PLLC is proposed to provide accounting and tax services to the Debtor, including preparation and filing of corporate tax returns for tax year 2025 and subsequent years through plan completion. A corresponding application for employment is forthcoming. If approved, the proposed accountant anticipates incurring professional fees and costs in the approximate amount of $7,700.00. This sum is estimated based upon the hourly rate of $320.00 James Schuler charges for preparation of S corporation returns. In addition, there is a charge of $80.00 per hour for assembly of the return by James Schulers's assistant. The fee last year for this service totaled $1,540.00.

**3. State Court Litigation: Third-Party Complaint**
John Welch, Esq.
Carney Badley Spellman, P.S.
Proposed Special Counsel for the Debtor

      Attorney John Welch of Carney Badley Spellman, P.S. is proposed to serve as special counsel to the Debtor in connection with defense of a third-party complaint pending in the Superior Court of the State of Washington for King County, Case No. 25-2-25936-6 SEA. A corresponding application for employment is forthcoming. If approved, proposed counsel anticipates incurring professional fees and costs during the Debtor's Chapter 11 case in the estimated amount of $145,000. This sum is a rough approximation of an estimate of fees over a projected 12-month period to bring the action to a final adjudication in December of 2026, and is comprised of the following:

| | |
|---|---|
| January 2026 | $5,000 |
| February 2026 | $5,000 |
| March 2026 | $5,000 |
| April 2026 | $10,000 |
| May 2026 | $5,000 |
| June 2026 | $5,000 |
| July 2026 | $10,000 |
| August 2026 | $5,000 |
| September | $10,000 |
| October | $20,000 |
| November | $25,000 |
| December | $40,000 |
| **Total:** | **$145,000** |

**4. Appellate Representation**
Jason Anderson, Esq. & Rory Cosgrove, Esq.
Carney Badley Spellman, P.S.
Proposed Special Appellate Counsel for the Debtor

      Attorneys Jason Anderson and Rory Cosgrove of Carney Badley Spellman, P.S. are proposed to serve as special appellate counsel to the Debtor in connection with an appeal arising from the judgment entered in *Maribel Tamayo Hernandez v. J.A. Carrillo Construction, LLC, et al.*, King County Superior Court No. 24-2-04001-3 and Washington Court of Appeals No.

889320. Jose Carrillo is not a debtor under that judgment and seeks no relief on appeal. A corresponding application for employment is forthcoming.

If approved, proposed appellate counsel agreed to handle the appeal for a flat fee of $175,000, plus costs. To date, $110,000 has been paid. The remaining $65,000 is due within thirty (30) days after the opening brief is filed. The timing of further fees depends largely on the lifting of the automatic stay and the appellate schedule.

Assuming approval of employment and relief from the automatic stay by approximately March 1, 2026, proposed counsel anticipates the following estimated monthly fees and costs:

| | |
|---|---|
| April 2026: | $18,500 (estimated appellate costs, including transcripts and clerk's papers) |
| August 2026: | $65,000 (remaining flat fee balance) |
| September 2027: | $20,000 (estimated motion for reconsideration, if necessary) |
| November 2027: | $35,000 (estimated petition for review or response thereto, if necessary) |

Estimated appellate costs include approximately $15,000 for the verbatim report of proceedings and $3,500 for copies of designated clerk's papers, anticipated to be incurred around April 2026. Any work beyond the scope of the flat-fee arrangement would be billed separately, and is not presently anticipated by proposed appellate counsel.

**5. Employment Litigation Defense**
Aaron Rocke, Esq.
Rocke Law Group, PLLC
Proposed Special Counsel for the Debtor

Attorney Aaron Rocke of Rocke Law Group, PLLC is proposed to serve as special counsel to the Debtor to conclude their defense in *Maribel Tamayo Hernandez v. J.A. Carrillo Construction, LLC, et al.* in the Superior Court of the State of Washington for King County Case No. 24-2-04001-3 SEA. If approved, Aaron Rocke anticipates incurring $5,775 in professional fees and costs. This sum is based upon the hourly rate of $525.00 Aaron Rocke charges in conjunction with an estimated 11 hours of legal work remaining to conclude Aaron Rocke's representation of the Debtor.

**6. Federal District Court Litigation**
Frank Cordell, Esq.
Gordon Tilden Thomas & Cordell LLP
Proposed Special Counsel for the Debtor

      Attorney Frank Cordell of Gordon Tilden Thomas & Cordell LLP is proposed to serve as special counsel to the Debtor in connection with a negligence action against InsureOne Insurance Services America, LLC pending in the United States District Court for the Western District of Washington, Case No. 2:25-cv-01952. A corresponding application for employment is forthcoming. If approved, proposed counsel anticipates incurring $502,500 in professional fees and costs during the Debtor's Chapter 11 case, which are described in the attached **Exhibit D-1** submitted contemporaneously herewith.

**7. Labor & Industries ("L&I") Matters**
Ann Silvernel, Esq.
Holmes Weddle & Barcott
Proposed Special Counsel for the Debtor

      Attorney Ann Silvernel of Holmes Weddle & Barcott is proposed to serve as special counsel to the Debtor in connection with Labor & Industries matters. A corresponding application for employment is forthcoming. If approved, proposed counsel anticipates incurring professional fees and costs as set forth below.

Claim 1: *Maribel Tamayo Hernandez* Claim No. BK-39604 Docket Nos. 23-13397, 24-15758, 24-15759

Petition for Review due February 5, 2026 (extension requested)

Judge: Erica Senta (BIIA)

Estimated Fees:

| | |
|---|---|
| January 2026: | $1,000 – $2,000 (if Petition for Review prepared) |
| February 2026: | $1,000 – $1,500 |
| March 2026: | $0 – $1,000 |
| April 2026: | $1,000 or less |

If no Petition for Review is filed, total remaining fees are anticipated to be $500 or less, as the matter would be concluded.

Claim 2: *Karen Y. Zuniga Garcia* Claim No. BH-73809

Dockets WC-25-00850 and WC-25-00901

Show Cause Hearing set January 27, 2026, before Judge Horibe

Estimated Fees:

| | |
|---|---|
| January 2026: | $1,000 |
| February 2026: | $1,000 |
| March 2026: | $1,000 |

    This matter may be dismissed at or shortly after the January 2026 conference, in which event no further fees would be incurred.

**EXHIBIT D- 1**



Franklin D. Cordell
d: (206) 805-6610
e: fcordell@gordontilden.com

January 12, 2026

**VIA EMAIL**

Faye Rasch
Wenokur Riordan PLLC
600 Stewart St., Suite 1300
Seattle, WA  98101
faye@wrlawgroup.com

Re:   J.A. Carillo Construction LLC—Chapter 11 Bankruptcy

Dear Ms. Rasch:

As you know, this firm currently represents J.A. Carillo Construction LLC and Jose Carillo in the litigation pending against J.A. Carillo's former insurance broker, InsureOne Services America, LLC in U.S. District Court for the Western District of Washington.  We previously summarized the nature of that case and of our engagement by my email of December 11, 2025, a copy of which is attached for your convenience.  We write to respond to the Court's and your request for our anticipated, good-faith monthly estimate of the professional fees and costs that will be associated with the InsureOne litigation should this firm be approved to continue in that role.

Our budget estimate is based on the following assumptions:  (1) the court ultimately will set a trial date for the summer of 2027; (2) our work in the first half of 2026 will consist primarily of written and document discovery; (3) late in Q2 2026 and into Q3 2026, we will have to prepare and argue dispositive motions; (4) we will require expert opinion testimony as to the broker's standard of care; (5) at some point, probably in mid-2026, settlement negotiations, a mediation, or both are likely to take place; and (6) in the event of an appeal, briefing and argument could extend into 2029.

Using these assumptions, our month-by-month budget estimate is as follows.  These figures include costs and the fees of an expert witness.

**2026**

| January | $1,500 |
|---------|--------|
| February | $5,000 |
| March | $15,000 |
| April | $20,000 |

600 University Street, Suite 2915, Seattle, Washington 98101
421 W Riverside Avenue, Suite 614, Spokane, Washington 99201
t: 206.467.6477   f: 206.467.6292   w: gordontilden.com

Case 25-13492-CMA    Doc 34-4    Filed 01/15/26    Ent. 01/15/26 10:41:06    Pg. 8 of 11

| | |
|---|---|
| May | $20,000 |
| June | $30,000 |
| July | $50,000 |
| August | $10,000 |
| September | $10,000 |
| October | $10,000 |
| November | $10,000 |
| December | $10,000 |
| **TOTAL:** | **$191,500** |

**2027**

| | |
|---|---|
| January | $10,000 |
| February | $10,000 |
| March | $20,000 |
| April | $20,000 |
| May | $20,000 |
| June | $30,000 |
| July | $100,000 |
| August | $20,000 |
| September | $2,000 |
| October | $2,000 |
| November | $5,000 |
| December | $10,000 |
| **TOTAL:** | **$249,000** |

Faye Rasch
January 12, 2026
Page 3

**2028**

| | |
|---|---:|
| January | 0 |
| February | 0 |
| March | $50,000 |
| April | 0 |
| May | 0 |
| June | 0 |
| July | 0 |
| August | 0 |
| September | 0 |
| October | 0 |
| November | $10,000 |
| December | 0 |
| **TOTAL:** | **$60,000** |

**2029**

| | |
|---|---:|
| January | 0 |
| February | 0 |
| March | 0 |
| April | 0 |
| May | 0 |
| June | $2,000 |

Faye Rasch
January 12, 2026
Page 4

| | | |
|---|---|---:|
| July | | 0 |
| August | | 0 |
| September | | 0 |
| October | | 0 |
| November | | 0 |
| December | | 0 |
| **TOTAL:** | | **$2,000** |

We trust this responds to the Court's and your request. Please let us know if you have any questions or we can provide anything further.

Sincerely yours,

*[signature]*

Franklin D. Cordell

FDC/jl

Enclosure

cc: Jose Carillo
     Sarah Groome
     Jessica Richards