# EXHIBIT E

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| IN RE: | CASE NO: 25-13492-CMA |
|---|---|
| JA Carrillo Construction LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 16 |

On 12/15/2025, I did cause a copy of the following documents, described below,

Order Scheduling Case Management Conference and Requiring Debtor to Send Notice ECF Docket Reference No. 16

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/15/2025

/s/ Faye Rasch
Faye Rasch  50491
Attorney for Debtor
Wenokur Riordan
600 STEWART ST
SEATTLE, WA 98101
206-903-0401
faye@wrlawgroup.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>JA Carrillo Construction LLC | CASE NO: 25-13492-CMA<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 16 |

On 12/15/2025, a copy of the following documents, described below,

Order Scheduling Case Management Conference and Requiring Debtor to Send Notice ECF Docket Reference No. 16

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/15/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Faye Rasch
Wenokur Riordan
600 STEWART ST
SEATTLE, WA  98101

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| GODADDY.COM LLC<br>100 S. MILL AVE<br>TEMPE AZ 85281 | WASHINGTON STATE HEALTH INSURANCE DEDUCTION<br>PO BOX 48380<br>OLYMPIA, WA 98504-8380 | KING COUNTY TREASURY<br>ATTN: LINDA CRANE NELSEN<br>500 - 4TH AVENUE, #600<br>SEATTLE, WA 98104-2387 |
| UNITED STATES ATTORNEY'S OFFICE<br>ATTN: BANKRUPTCY ASSISTANT<br>700 STEWART STREET, SUITE 5220<br>SEATTLE, WA 98101 | INTERNAL REVENUE SERVICE<br>915 SECOND AVE., MS243<br>SEATTLE, WA 98174 | OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY AND COLLECTIONS UNIT<br>800 FIFTH AVENUE, SUITE 2000<br>SEATTLE, WA 98104 |
| TRUCORDIA<br>2200 RIMLAND DR STE 305<br>BELLINGHAM, WA 98226 | UNITED RENTALS<br>PO BOX 051122<br>LOS ANGELES, CA 90074 | WA DEPT OF LABOR & INDUSTRIES<br>2111 N NORTHGATE WAY<br>SEATTLE, WA 98133 |
| WA STATE DEPT OF REVENUE<br>2101 4TH AVE<br>SEATTLE, WA 98121 | WA STATE UNEMPLOYMENT<br>P.O. BOX 84242<br>SEATTLE, WA 98124 | WAFD BANK<br>PO BOX 80670<br>CITY OF INDUSTRY, CA 91716 |
| WASHINGTON CARES FUND<br>PO BOX 45135<br>OLYMPIA, WA 98504 | WASHINGTON EMPLOYMENT SECURITY<br>PO BOX 19020<br>OLYMPIA, WA 98507 | WESTERN NATIONAL<br>PO BOX 59184<br>MINNEAPOLIS, MN 55459 |
| HILTI INC.<br>PO BOX 70299<br>PHILADELPHIA, PA 19176 | HOLMES WEDDLE & BARCOTT, PC<br>701 W 8TH AVE, SUITE 700<br>ANCHORAGE, AK 99501 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7317 |
| ISUZU FINANCE OF AMERICA, INC<br>2500 WESTCHESTER AVE<br>PURCHASE, NY 10577 | JOSE A CARRILLO<br>33760 NE 95TH PLACE<br>CARNATION, WA 98014 | L&W SUPPLY<br>PO BOX 74008229<br>CHICAGO, IL 60674 |
| MARIBEL TAMAYO HERNANDEZ<br>ATTN. SEAN M. PHELAN WSBA 2786<br>FRAN FREED SUBIT & THOMAS, LLP<br>705 SECOND AVENUE SUITE 1200<br>SEATTLE, WA 98104 | MBA TRUST<br>15375 SE 30TH PL, SUITE 380<br>BELLEVUE, WA 98007 | MCS RECYCLING LLC<br>PO BOX 12188<br>MILL CREEK, WA 98082 |
| MERCEDES BENZ FINANCIAL SERV.<br>PO BOX 685<br>ROANOKE, TX 76262 | ROCKE LAW<br>500 UNION ST, SUITE 909<br>SEATTLE, WA 98101 | SHERWIN WILLIAMS<br>7305 DELRIDGE WAY SW<br>SEATTLE, WA 98106 |

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES, CA 90096 | CARNEY BADLEY SPELLMAN PS<br>701 FIFTH AVE. SUITE 3600<br>SEATTLE, WA 98104 | EMPLOYMENT SECURITY DEPARTMENT<br>212 MAPLE PARK AVE SE<br>OLYMPIA, WA 98501 |
| FIRST CITIZENS BANK & TRUST CO<br>21146 NETWORK PLACE<br>CHICAGO, IL 60673 | WG CLARK CONSTRUCTION CO.<br>1945 YALE PLACE EAST<br>SEATTLE, WA 98102 | GM FINANCIAL<br>801 CHERRY ST, SUITE 3600<br>FORT WORTH, TX 76102 |
| GORDON TILDEN THOMAS & CORDELL<br>600 UNIVERSITY ST, SUITE 2915<br>SEATTLE, WA 98101 | GYPSUM TO GYPSUM<br>816 S KENYON ST<br>SEATTLE, WA 98108 | EDGE COMMUNITY BUILDERS<br>1225 S. WELLER STREET<br>SEATTLE, WA 98144 |
| EXXEL PACIFIC INC.<br>323 TELEGRAPH ROAD<br>BELLINGHAM, WA 98226 | MAPLE MULTI-FAMILY<br>NW CONTRACTOR, LLC<br>7525 166TH AVE NE #D-2<br>REDMOND, WA 98052 | R. MILLER INC.<br>18321 98TH AVE NE SUITE 1<br>BOTHELL, WA 98011 |
| REDHAWK GROUP, LLC<br>950 N. 72ND STREET SUITE 100<br>SEATTLE, WA 98103 | RESOLVE GENERAL CONSTRUCTION<br>901 32ND AVE E. UNIT A<br>SEATTLE, WA 98112 | TUKWILA 12535 LLC<br>PO BOX 820<br>CARNATION, WA 98014 |
| WALSH CONSTRUCTION CO.<br>315 5TH AVE S. SUITE 600<br>SEATTLE, WA 98104 | RYAN MOORE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>UNITED STATES COURTHOUSE<br>700 STEWART STREET, SUITE 5103<br>SEATTLE, WA 98101-1271 | |