UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE:<br><br>JA Carrillo Construction LLC | CASE NO: 25-13492<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>Judge: Honorable Christopher Alston<br>Hearing Location: Seattle Courtroom 7206<br>Hearing Date: January 22, 2026<br>Hearing Time: 11: 00 AM<br>Response Date: January 15, 2026 |

On 1/15/2026, I did cause a copy of the following documents, described below,

Response to Order Setting Case Management Conference

Exhibit A- 120 Day Cash Flow Budget Analysis

Exhibit B - 3 years historical financial information

Exhibit C- Income and Expenses from the petition date

Exhibit D - Projected Professional Fees & Costs

Exhibit E- Proof of Mailing Order Setting Case Management Conference

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/15/2026

/s/ Faye Rasch
Faye Rasch  50491

Wenokur Riordan
600 STEWART ST
SEATTLE, WA 98101
206-903-0401
faye@wrlawgroup.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE:<br><br>JA Carrillo Construction LLC | CASE NO: 25-13492<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>Judge: Honorable Christopher Alston<br>Hearing Location: Seattle Courtroom 7206<br>Hearing Date: January 22, 2026<br>Hearing Time: 11: 00 AM<br>Response Date: January 15, 2026 |

On 1/15/2026, a copy of the following documents, described below,

Response to Order Setting Case Management Conference

Exhibit A- 120 Day Cash Flow Budget Analysis

Exhibit B - 3 years historical financial information

Exhibit C- Income and Expenses from the petition date

Exhibit D - Projected Professional Fees & Costs

Exhibit E- Proof of Mailing Order Setting Case Management Conference

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/15/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Faye Rasch
Wenokur Riordan
600 STEWART ST
SEATTLE, WA  98101

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

| | | |
|---|---|---|
| BUSH KORNFELD LLP<br>ATTN CHRISTINE M TOBINPRESSER<br>601 UNION ST SUITE 5000<br>SEATTLE WA 98101 | GODADDYCOM LLC<br>100 S MILL AVE<br>TEMPE AZ 85281 | WASHINGTON STATE HEALTH INSURANCE DEDUCTION<br>PO BOX 48380<br>OLYMPIA WA 98504-8380 |
| KING COUNTY TREASURY<br>ATTN LINDA CRANE NELSEN<br>500 - 4TH AVENUE 600<br>SEATTLE WA 98104-2387 | UNITED STATES ATTORNEY S OFFICE<br>ATTN BANKRUPTCY ASSISTANT<br>700 STEWART STREET SUITE 5220<br>SEATTLE WA 98101 | INTERNAL REVENUE SERVICE<br>915 SECOND AVE MS243<br>SEATTLE WA 98174 |
| OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY AND COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104 | TRUCORDIA<br>2200 RIMLAND DR STE 305<br>BELLINGHAM WA 98226 | UNITED RENTALS<br>PO BOX 051122<br>LOS ANGELES CA 90074 |
| WA DEPT OF LABOR INDUSTRIES<br>2111 N NORTHGATE WAY<br>SEATTLE WA 98133 | WA STATE DEPT OF REVENUE<br>2101 4TH AVE<br>SEATTLE WA 98121 | WA STATE UNEMPLOYMENT<br>PO BOX 84242<br>SEATTLE WA 98124 |
| WAFD BANK<br>PO BOX 80670<br>CITY OF INDUSTRY CA 91716 | WASHINGTON CARES FUND<br>PO BOX 45135<br>OLYMPIA WA 98504 | WASHINGTON EMPLOYMENT SECURITY<br>PO BOX 19020<br>OLYMPIA WA 98507 |
| WESTERN NATIONAL<br>PO BOX 59184<br>MINNEAPOLIS MN 55459 | HILTI INC<br>PO BOX 70299<br>PHILADELPHIA PA 19176 | HOLMES WEDDLE BARCOTT PC<br>701 W 8TH AVE SUITE 700<br>ANCHORAGE AK 99501 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7317 | ISUZU FINANCE OF AMERICA INC<br>2500 WESTCHESTER AVE<br>PURCHASE NY 10577 | JOSE A CARRILLO<br>33760 NE 95TH PLACE<br>CARNATION WA 98014 |
| LW SUPPLY<br>PO BOX 74008229<br>CHICAGO IL 60674 | MARIBEL TAMAYO HERNANDEZ<br>ATTN SEAN M PHELAN WSBA 2786<br>FRAN FREED SUBIT THOMAS LLP<br>705 SECOND AVENUE SUITE 1200<br>SEATTLE WA 98104 | MBA TRUST<br>15375 SE 30TH PL SUITE 380<br>BELLEVUE WA 98007 |
| MCS RECYCLING LLC<br>PO BOX 12188<br>MILL CREEK WA 98082 | MERCEDES BENZ FINANCIAL SERV<br>PO BOX 685<br>ROANOKE TX 76262 | ROCKE LAW<br>500 UNION ST SUITE 909<br>SEATTLE WA 98101 |

| | | |
|---|---|---|
| SHERWIN WILLIAMS<br>7305 DELRIDGE WAY SW<br>SEATTLE WA 98106 | AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES CA 90096 | CARNEY BADLEY SPELLMAN PS<br>701 FIFTH AVE SUITE 3600<br>SEATTLE WA 98104 |
| EMPLOYMENT SECURITY DEPARTMENT<br>212 MAPLE PARK AVE SE<br>OLYMPIA WA 98501 | FIRST CITIZENS BANK TRUST CO<br>21146 NETWORK PLACE<br>CHICAGO IL 60673 | WG CLARK CONSTRUCTION CO<br>1945 YALE PLACE EAST<br>SEATTLE WA 98102 |
| GM FINANCIAL<br>801 CHERRY ST SUITE 3600<br>FORT WORTH TX 76102 | GORDON TILDEN THOMAS CORDELL<br>600 UNIVERSITY ST SUITE 2915<br>SEATTLE WA 98101 | GYPSUM TO GYPSUM<br>816 S KENYON ST<br>SEATTLE WA 98108 |
| EDGE COMMUNITY BUILDERS<br>1225 S WELLER STREET<br>SEATTLE WA 98144 | EXXEL PACIFIC INC<br>323 TELEGRAPH ROAD<br>BELLINGHAM WA 98226 | MAPLE MULTIFAMILY<br>NW CONTRACTOR LLC<br>7525 166TH AVE NE D-2<br>REDMOND WA 98052 |
| R MILLER INC<br>18321 98TH AVE NE SUITE 1<br>BOTHELL WA 98011 | REDHAWK GROUP LLC<br>950 N 72ND STREET SUITE 100<br>SEATTLE WA 98103 | RESOLVE GENERAL CONSTRUCTION<br>901 32ND AVE E UNIT A<br>SEATTLE WA 98112 |
| TUKWILA 12535 LLC<br>PO BOX 820<br>CARNATION WA 98014 | WALSH CONSTRUCTION CO<br>315 5TH AVE S SUITE 600<br>SEATTLE WA 98104 | RYAN MOORE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>UNITED STATES COURTHOUSE<br>700 STEWART STREET SUITE 5103<br>SEATTLE WA 98101-1271 |